UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BELARUSSIAN SHIPPING CO.,

      Plaintiff,

- against -

WAJILAM EXPORTS (SINGAPORE)
PRIVATE LIMITED a.k.a. WAJILAM
EXPORTS PTE. LTD.,

      Defendant.
------------------------------------------------------X

JUDGE LYNCH

07 CV 3152

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:     NONE.

Dated: April 19, 2007
      New York, NY

                                  The Plaintiff,
                                  BELARUSSIAN SHIPPING CO.,

                             By: _____
                             Patrick F. Lennon (PL 2162)
                             Lauren C. Davies (LD 1980)
                             Thomas L. Tisdale (TT 5263)
                             TISDALE & LENNON, LLC
                             11 West 42nd Street, Suite 900
                             New York, NY 10036
                             (212) 354-0025 (Phone)
                             (212) 869-0067 (Fax)
                             ldavies@tisdale-lennon.com
                             ttisdale@tisdale-lennon.com