Lynch, J.

Cardillo & Corbett
Attorneys for Claimant
BNP Paribas of Singapore
29 Broadway
New York, New York 10006
212-344-0464
212-797-1212 (fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BELARUSSIAN SHIPPING CO.,

    Plaintiff,

 -against-

WAJILAM EXPORTS SINGAPORE PRIVATE
LIMITED a/k/a WAJILAM EXPORTS PTE.,
LTD.,

    Defendant.
------------------------------------------------------------X

07 Civ. 3152 (GEL)

ECF CASE

## ORDER TO SHOW CAUSE
### WHY ATTACHED FUNDS SHOULD NOT BE RELEASED, WHY THE COURT'S ORDER OF APRIL 19, 2007 SHOULD NOT BE AMENDED AND WHY LEGAL FEES SHOULD NOT BE GRANTED TO BNP PARIBAS OF SINGAPORE

 Upon the annexed Declarations of Alvin Ong and Francis H. McNamara, Esq. and the Exhibits annexed thereto, and the accompanying Memorandum of Law, and all pleadings heretofore had herein:

 Let the Plaintiff, BELARUSSIAN SHIPPING CO., (hereinafter "Plaintiff") show cause before the Honorable Gerard E. Lynch, United States District Judge, at 500 Pearl Street, Courtroom 6B, New York, New York, 10007, pursuant to Supplemental Admiralty Rule E (4) (f), and Local Admiralty Rule E.1 which provides for an adversary hearing on attachment within three court days, in Rm 6B on the 8 day of ~~January~~ February, 2008 at 10 o'clock a.m. or as soon thereafter

as counsel can be heard, why the following relief should not be granted to BNP PARIBAS of Singapore, Claimant herein:

1. an order releasing certain funds attached pursuant to this Court's order dated April 20, 2007;

2. an amendment to this Court's order of April 19, 2007 to avoid further attachments of the property of BNP Paribas of Singapore, and

3. an order granting to BNP Paribas of Singapore its llegal fees and expenses incurred in the within motion.

Let Service of a copy of this Order, and the accompanying Affidavits, Exhibits, and Memorandum of Law be served on counsel for the Plaintiff, Tisdale Law Offices, on or before 6 o'clock, p.m. on January 18, 2008. Service of this Order may be made by facsimile and/or e-mail to the Offices of Tisdale Law Offices, which is deemed to constitute good and sufficient service.

Answering papers, if any, including but not limited to Affidavits, Affirmations, Declarations, Exhibits and/or Memorandum of Law shall be served so as to be received by counsel for the movant, Cardillo & Corbett, by facsimile and/or e-mail on or before the 28 day of January ___, 2008 at 6 o'clock p.m.:

Reply papers, if any, shall be served by facsimile and/or e-mail, so as to be received by counsel for the Plaintiff at their offices as described above, on or before the 4 day of ~~January~~ February 2008 at 6 o'clock p.m.

Dated: New York, New York
January 16, 2008

_____
Hon. Gerard E. Lynch