CABLE THISTL
FAX: 6225 334

DATE: 04 .5-2007

TO:
WAILAM EXPORTS(SINGAPORE) PRIVATE
LIMITED, 63 ROBINSON ROAD
05-20 AFRO ASIA BUILDING SINGAPORE

OUR REF:         27607EA002546                    04 MAY 2007
DEAR SIRS,

ADVICE OF LETTER OF CREDIT
----------------------------------
WE ARE PLEASED TO ADVISE YOU THE RECEIPT OF THE FOLLOWING LETTER
OF CREDIT.

ISSUING BANK :    STATE BANK OF INDIA
                  SBI SP COMM BRANCH
                  SPECIAL COMMERCIAL BRANCH
                  KARNAL
                  INDIA
APPLICANT :       BHAGWATI TRADING CO.

AMOUNT :          USD 163,644.14
LC NO :           0404707IM0000081
BENEFICIARY :     WAILAM EXPORTS(SINGAPORE) PRIVATE

THIS IS A SWIFT ADVICE OF L/C.

WE HAVE PLEASURE IN STATING THAT WE ARE PREPARED, AT OUR OPTION,
TO NEGOTIATE BILLS DRAWN IN STRICT COMPLIANCE WITH THE TERMS OF
THIS CREDIT, BUT THIS ADVICE CARRIES NO UNDERTAKING ON THE PART
OF THIS BRANCH.

PLEASE EXAMINE THE CREDIT CAREFULLY AND IF YOU ARE UNABLE TO
COMPLY STRICTLY WITH ITS TERMS AND CONDITIONS, PLEASE
IMMEDIATELY ARRANGE FOR SUITABLE AMENDMENTS TO AVOID POSSIBLE
DIFFICULTIES ANDF DELAYS AT THE TIME OF NEGOTIATION AS OUR
MANDATE EXTENDS ONLY TO STRICT COMPLIANCE OF CREDIT.

YOU MAY PLEASE NOTE TO PAY OUR ADVISING CHARGES OF SGD 75.00
AT THE TIME OF COLLECTION
----------------------------------
KINDLY ARRANGE TO COLLECT THE L/C BY PRESENTING THIS FAX MESSAGE
DULY ENDORSED BY YOUR COMPANY'S STAMP.

YOURS FAITHFULLY

AUTHORISED SIGNATORY

THIS ADVICE IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICES OF DOCUMENTARY
CREDITS (1993 REVISION), INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION
NO. 500.

[Stamp: PAID 07 MAY 2007]

```
*** Authentication Result: Correct with current key ***
                  ---------------- Instance Type and Transmission ----------------
*** Copy received from SWIFT
*** Priority            : Normal
*** Message Output Reference  : 0925 070504SBINSGSGAXXX9606612060
*** Correspondent Input Reference : 2005 070503SBININBBAFXD9671825449
                  -------------------- Message Header --------------------
*** Swift OUTPUT    : FIN 700 Issue of a Documentary Credit
*** Sender          : SBININBBFXD
***                   STATE BANK OF INDIA
***                   (FOREIGN DEPARTMENT)
***                   KOLKATA (CALCUTTA) IN
*** Receiver        : SBINSGSGXXX
***                   STATE BANK OF INDIA
***                   SINGAPORE SG
*** MUR : SBININBB18708797
                  -------------------- Message Text --------------------
***  27: Sequence of Total
***      1/1
***  40A: Form of Documentary Credit
***       IRREVOCABLE
***  20: Documentary Credit Number
***      0404707IM0000081
***  31C: Date of Issue
***       070501
***  40E: Applicable Rules
***       UCPURR LATEST VERSION
***  31D: Date and Place of Expiry
***       070522NEGOTIATING BANK
***  51D: Applicant Bank - Name & Address
***       STATE BANK OF INDIA
***       SCB KARNAL
***       AMBEDKAR CHOWK PO BOX 111
***       KARNAL
***  50: Applicant
***      BHAGWATI TRADING CO.
***      IMAMBARA SADAR BAZAR KARNAL
***      KARNAL
***  59: Beneficiary - Name & Address
***      WAILAM EXPORTS (SINGAPORE) PRIVATE
***      LIMITED, 63 ROBINSON ROAD
***      05-20 AFRO ASIA BUILDING
***      SINGAPORE
***  32B: Currency Code, Amount
***       Currency      : USD (US DOLLAR)
***       Amount        :              #163,644.14#
***  39A: Percentage Credit Amt Tolerance
***       00/00
***  41A: Available With...By... - BIC
```

```
***         SBINSGSG
***         STATE BANK OF INDIA
***         SINGAPORE  SG
***         BY NEGOTIATION.
***    42C: Drafts at...
***         90 DAYS FROM DATE OF ACCEPTANCE
***    42D: Drawee - Name & Address
***         STATE BANK OF INDIA
***         SP.COMMERCIAL BRANCH KARNAL
***         G.T.ROAD
***    43P: Partial Shipments
***         NOT ALLOWED
***    43T: Transhipment
***         PROHIBITED
***    44A: Pl of Tking in Chrg / of Rceipt
***         SARAWAK MALAYSIAN PORT
***    44E: Port of Loading/Airport of Dep.
***         SARAWAK MALAYSIAN PORT
***    44F: Port of Dischrge/Airport of Dest
***         KANDLA SEA PORT
***    44B: Pl of Final Dest / of Delivery
***         KANDLA SEA PORT
***    44C: Latest Date of Shipment
***         070501
***    45A: Descriptn of Goods &/or Services
***         189.6705 CBM, 654.8082 CBM, 50.3074 CBM
***         60.3775 CBM ROUND LOGS  INCOTERMS:   CIF
***         CONTRACT DETAILS:
***         WE/PBJ/036-C
***    46A: Documents Required
***         1.COMPLETE SET OF 3/3 CLEAN SHIPPED BILL OF LADING MADE OUT IN
***         THE NAME OF STATE BANK OF INDIA SPL COMMERCIAL BRANCH KARNAL AND
***         MARKED FREIGHT PAID. BILL OF LADING MUST INDICATE THE NAME AND
***         ADDRESS OF THE IMPORTER  SHOWING LETTER OF CREDIT NO
***         0404707IM0000081
***         2.BENEFICIARY DECLARATION THAT A SHIPPING ADVICE STATING THE
***         QUANTITY OF GOODS SHIPPED VALUE OF GOODS DATE OF SHIPMENT AND
***         NAME OF THE CARRYING VESSEL WAS SENT TO THE APPLICANT BY
***         CABLE/AIRMAIL IMMEDIATELY AFTER THE SHIPMENT TOGETHER WITH A COPY
***         OF THE RELATIVE MESSAGE.
***         3.SIGNED INVOICES IN 6 COPIES.
***         4.CERTIFICATE SHOWING GOODS OF ORIGIN FROM CHAMBER OF COMMERCE.
***         5.SHIPMENT BY SEA WORTHY VESSELS CLASSED 100 AI BY LLYODS OR
***         EQUIVALENT CLASSIFICATION SOCIETY AND APPROVED BY GENERAL
***         INSURANCE CORP.OF INDIA.
***         6.PACKING LIST IN 6 COPIES.
***         7.BENEFICIARY CERTIFICATE THAT ONE FULL SET OF NON NEGOTIABLE
***         DOCUMENTS HAS ALREADY BEEN AIR MAILED IN ADVANCE TO THE OPENERS
***         IMMEDIATELY AFTER THE SHIPMENT SHOULD ALSO BE ENCLOSED WITH THE
```

```
***          DOCUMENTS.
***          6. SHIPPING COMPANY CERTIFICATE THAT THE CARRYING VESSEL IS A
***          REGULAR LINE VESSEL 25 YEARS OLD.
***    47A: Additional Conditions
***          1. ALL DOCUMENTS SHOULD BE MARKED WITH LC NO DATE AND IMPORT
***          UNDER NON NEGATIVE LIST OF IMPORT EXPORT POLICY AM 2004-2009.
***          2 DISCREPENT DOCUMENTS TO BE SENT STRICTLY ON COLLECTION BASIS.
***          3. INVOICE AMOUNT NOT TO EXCEED THE DRAFT AMOUNT.
***          4. THIRD PARTY BILL OF LADING NOT ACCEPTABLE.
***          5. ALL CHARGES OUTSIDE INDIA ON A/C OF BENEFICIARY.
***          6 IF PRE PAYMENT AND PART PAYMENTS IS MADE A DISCOUNT AT 6.75
***          PERCENT P A WILL BE DEDUCTED FOR THE DIFFERENCE FROM THE DATE OF
***          MATURITY.
***          7. DISCREPENCY FEE USD 30.00  PLUS SWIFT CHARGES WILL BE  ON
***          ACCOUNT OF BENEFICIARY.
***    71B: Charges
***          ALL YOUR BANKING CHARGES ARE FOR
***          THE BENEFICIARY'S ACCOUNT
***    48: Period for Presentation
***          21 DAYS FROM THE B/L DATE
***    49: Confirmation Instructions
***          WITHOUT
***    78: Instr to Payg/Acceptg/Negotg Bank
***          DOCS TO BE FORWARDED BY COURIER TO STATE BANK OF INDIA 04047
***          AMBEDKER CHOWK KARNAL HARYANA INDIA. ON RECEIPT OF DOCS IN
***          CONFIRMITY WITH THE TERMS OF L/C WE SHALL PAY AS PER NEGOTIATING
***          BANK INSTRUCTIONS.
***    72: Sender to Receiver Information
***          /TELEBEN/
***          //THIS  SW  MSG IS SUB TO UCPDC(REV
***          //1993)ICC BROCHURE 500 AND
***          //UNIFORM RULES FOR BK TO BK
***          //REIMB.UNDER DOC.CREDITS ICC
***          //SBININBB187
               ------------------------------ Message Trailer ------------------------------
***    {MAC:697B6C40}
***    {CHK:DBFC150ECA03}
***    {DLM:}
*End of Message
```

**BNP PARIBAS**

20 COLLYER QUAY, TUNG CENTRE, SINGAPORE 049319
TEL: (65) 6210 1288 FAX: (65) 6224 3459

| Name and Address Of Company | Date: 02.05.2007 |
|---|---|
| WAJILAM EXPORTS (SINGAPORE) PRIVATE LIMITED<br>63 ROBINSON ROAD, NO. 05-20<br>AFRO ASIA BUILDING,<br>SINGAPORE 068894<br>Tel No.: | To: **BNP Paribas Singapore**<br><br>We hereby deliver the attached documents in accordance with the following instruction and subject to the terms and conditions appearing overleaf.<br>We further agree that any purchase or negotiation of a bill of exchange and/or of the documents whether under a Letter of Credit ("L/C") or not shall be with recourse to us except where the Bank has added its confirmation to the L/C in accordance with the L/C. |
| Drawee<br><br>BHAGWATI TRADING CO., IMAMBARA SADAR BAZAR, KARNAL, HARYANA, INDIA. | ☐ Please handle this collection subject to the Uniform Rules for Collections, International Chamber of Commerce Publication currently in force.<br>☐ Please handle this set of documents, drawn under Letter of Credit, subject to the Uniform Customs and Practice for Documentary Credits, International Chamber of Commerce Publication currently in force. |

| Draft No./ Date | Tenor | Amount |
|---|---|---|
| 1309/2007   dtd 02.05.2007 | 90 DAYS FROM DATE OF NEGOTIATION | USD 163,644.14 |

Please mark number of DOCUMENTS ATTACHED       * Delete whichever is not applicable

| Draft | 2 | Packing List | 6 | PLEASE PRESENT DOCUMENTS TO:- |
|---|---|---|---|---|
| Invoice | 6 | Weight List | | |
| BL / AWB / DO Neg | 3 | Certificate of Origin | 2 | STATE BANK OF INDIA,<br>SPL. COMMERCIAL BRANCH<br>G.T.ROAD, KARNAL |
| N/N BL / AWB/ DO | | | | |
| Insurance Policy | 2 | L.C. | 1 | |
| BEN DECLA | 1 | | | |
| Shipping Cert | 3 | | | |
| Cert. BEN | 1 | | | |

| Letter of Credit No. / Date | Issuing Bank and Branch |
|---|---|
| | |

| Vessel Name / Airline | Port of Shipment | Shipment Date | BL / AWB/ DO No.: |
|---|---|---|---|
| M V PACIFIC BANGJIANG V.07/0 | SARAWAK, MALAYSIA PORT | 18.04.2007 | PB0703/KDL-33 |

| Port of Discharge | Final Destination | Goods |
|---|---|---|
| KANDLA PORT, INDIA | INDIA | SARAWAK ROUND LOGS |

**FOR BILLS OF EXCHANGE/DOCUMENTS NOT UNDER L/C, PLEASE FOLLOW INSTRUCTIONS MARKED X**

1. Payment/Acceptance may be deferred until arrival of carrying vessel
2. Documents to be delivered against       ☐ Acceptance     ☐ Payment
3. Protest for / Do not protest for          ☐ Non-Acceptance ☐ Non-Payment
4. In the case of dishonour please arrange for storage and insurance of goods at our expense
5. All charges including yours are account of  ☐ Drawers /   ☐ Drawees    ☐ Charges Cannot Be Waived
6. Collect interest at ............ % p.a. from ................ to ................  ☐ Interest Cannot Be Waived
7. Non-Payment/Non-Acceptance to be advised by      ☐ Telex / Swift   ☐ Airmail
8. Payment/Acceptance to be advised by               ☐ Telex / Swift   ☐ Airmail
9. The collecting bank to remit proceeds by          ☐ Telex / Swift   ☐ Airmail
10. The receiving bank to advise you upon receipt of proceeds by  ☐ Telex / Swift   ☐ Airmail
11. In case of need please refer to: ...........................................................................

☐ Who will assist in collecting ☐ payment / ☐ acceptance of draft / documents without alteration of any of our instructions
☐ Whose instructions you are authorised to follow

**DISPOSAL OF PROCEEDS:**
☐ [Collection] Upon receipt of proceeds, credit to our a/c no. ..................
☐ Please Purchase / Negotiate the bill of exchange and/or documents with recourse to us and credit proceeds to our account no. ..................
☐ Please use Exchange Rate / Forward Contract No. ..................
☐ For discrepant document(s), please forward to issuing bank for acceptance/payment

**SPECIAL INSTRUCTIONS:**
Please dispatched the documents by courier service under one cover for acceptance under the lc
Do not scrutinize the documents

**WE HAVE READ THE CONDITIONS OVERLEAF AND AGREE TO ABIDE BY THEM**

| Please purchase this bill of exchange/documents against our facilities and under our full responsibility and pay the proceeds to : M/s | Yours faithfully<br>WAJILAM EXPORTS (SINGAPORE) PRIVATE LIMITED<br><br>*[signature]*<br>AUTHORISED SIGNATORY |
|---|---|
| Authorised Signature (Guarantor)<br>(To be completed if bill of exchange / documents are to be purchased under the liability of another client). | Authorised Signature (Drawer) |

**BNP PARIBAS**

**SINGAPORE**
**Trade Services Center**
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1288 Fax: (65) 6224 3459
Telex: Nabapar RS 24315 / RS 23424
Swift: BNPASGSG




Cert. No. Q16884    ICSAQU453/00

| Our reference |
|---|
| 00001ECG0706617 |
| LC Number |
| 0404707IM0000081 |
| Amount |
| USD    163,644.14 |
| Tenor |
| 90 days FM DT OF NEGOTIATION (DUE: 6AUG07) |

Page  1  of  2    Date  08/05/2007

*MV pacific Bang Jiang,*

Issuing Bank / Collecting Bank
STATE BANK OF INDIA
04047 AMBEDKER CHOWK
KARNAL HARYANA
INDIA

Drawee / Applicant    BHAGWATI TRADING CO.
Bill Amount           USD            163,644.14

Total Amount Claimed  USD            163,644.14

We enclose the following documents which please handle in accordance with the instructions below.

BENE DECL                : 1
BENEFICIARY'S  CERT.     : 1
BILLS OF LADING          : 3
CERT. OF ORIGIN          : 2
DRAFT                    : 2
INSURANCE POLICY         : 2
INVOICE                  : 6
PACKING LIST             : 6
SHIPPING CERT            : 3

Remaining documents if any, are enclosed in the 2nd mail

Shipment details

Shipped by      : SEA
Shipped from    : SARAWAK, MALAYSIA PORT
Shipped to      : KANDLA PORT, INDIA

Description of goods
SARAWAK ROUND LOGS

Drawer / Presenter <
WAJILAM EXPORTS (SINGAPORE) PRIVATE
LIMITED
LETTER BOX NO 5
SINGAPORE

Ref:1309/2007

Continued Next Page...

Documents are subject to the UCP for Documentary Credits (1993 Revision), ICC Publication No. 500. This is a computer generated form and no signature is required.

**BNP PARIBAS**

**SINGAPORE**
**Trade Services Center**
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1288 Fax: (65) 6224 3459
Telex: Nabapar RS 24315 / RS 23424
Swift: BNPASGSG




Our reference
00001ECG0706617

Page  2  of  2    Date  08/05/2007

Instruction(s)
We have endorsed the utilised amount on the original Letter of Credit. Kindly acknowledge receipt.
This utilisation is subject to UCP 500.
Please advise acceptance and confirm maturity date as soon as possible by tested telex/swift.

REIMBURSEMENT INSTRUCTION:
At maturity, please effect payment to our A/C no:2000191144462 with Wachovia Bank NA, New York quoting our ref. under your authenticated SWIFT advice to us.

**BNP PARIBAS**
**Singapore**

Documents are subject to the UCP for Documentary Credits (1993 Revision), ICC Publication No. 500. This is a computer generated form and no signature is required.

**BNP PARIBAS**

**Credit Advice**

USD0 [handwritten]

ORIGINAL

**SINGAPORE**
**Trade Services Center**
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1288 Fax: (65) 6224 3459
Telex: Nabapar RS 24315 / RS 23424
Swift: BNPASGSG




Cert. No. Q15884   ICSAQU453/00

Our reference
00001EPG0706617

Page  1  of  1    Date   09/05/2007

> Mail to <
WAJILAM EXPORTS (SINGAPORE) PRIVATE LIMITED
LETTER BOX NO 5

SINGAPORE

*[handwritten: MV pacific Banjiang (PBSH)  Ashita Aces.]*

*[handwritten: Bhagwati Trading]*

We have purchased this bill subject to final payment and have effected the following entry(ies) in your account for the transaction as detailed below.

| Your Reference | Related Reference |
|---|---|
| 1309/2007 | 0404707IM000008 |
| Amount | Outstanding Amount |
| USD  163,644.14 | USD  163,644.14 |

```
USD              163,644.14                                     CR USD        163,644.14
Charges :
  COMMISSION IN LIEU OF EXCHANGE      USD        102.28
  NEGO COMM ON LC EXPORT BILL         USD        102.28
  RECOVERY OF COURIER CHRGS           USD         29.00
Total Charges:                                                  DR USD            233.56

Interest :

Principal Amount: USD  163,644.14
 09/05/2007-06/08/2007   6.35957% p.a.  USD     2,572.86

    Total Interest:                                             DR USD          2,572.86
```

| Account No. | Value Date | Net Amount | |
|---|---|---|---|
| 000500022500193USD | 09/05/2007 | CR USD | 160,837.72 |

This is a computer generated form and no signature is required.

```
21/05/07-08:15:09      HKBNPPTSin-6095-174429           48
```

```
-------------------- Instance Type and Transmission --------------
Copy received from SWIFT
Priority            : Normal
Message Output Reference : 0807 070521BNPASGSGAXXX5972026957
Correspondent Input Reference : 1442 070519SBININBBAFXD9687872650
-------------------------- Message Header --------------------------
Swift Output : FIN 754 Adv of Paymt/Acceptance/Nego
Sender       : SBININBBFXD
               STATE BANK OF INDIA
               (FOREIGN DEPARTMENT)
               KOLKATA (CALCUTTA) IN
Receiver     : BNPASGSGXXX
               BNP PARIBAS - SINGAPORE BRANCH
               SINGAPORE SG
MUR : SBININBB18708907
-------------------------- Message Text ---------------------------
 20: Sender's Reference
    0404707IM0000081
 21: Related Reference
    00001ECG0706617
 32A: Principal Amt Paid/Accepted/Negd
    Date       : 16 August 2007
    Currency   : USD (US DOLLAR)
    Amount     :        #163,644.14#
 77A: Narrative
    DOCUMENTS ACCEPTED WITH MATURITY
    DATE 16TH AUG 2007. AT MATURITY WE
    WILL REMIT PROCEEDS AS PER YOUR
    INSTRUCTIONS.
    .
    //SBININBB187
-------------------------- Message Trailer -------------------------
{MAC:A3CD995A}
{CHK:997C5DA339A5}
{DLM:}
```