CABLE THISTLI

TO:
WAJILAM EXPORTS SINGAPORE PVT LTD
63, ROBINSON ROAD, 05-20 AFRO ASIA
BUILDING SINGAPORE 06889

04 MAY 2007

OUR REF:        27607EA002500
DEAR SIRS,

ADVICE OF LETTER OF CREDIT
----------------------------------
WE ARE PLEASED TO ADVISE YOU THE RECEIPT OF THE FOLLOWING LETTER
OF CREDIT.

ISSUING BANK :    STATE BANK OF INDIA
                  SBI SP COMM BRANCH
                  SPECIAL COMMERCIAL BRANCH
                  KARNAL
                  INDIA
APPLICANT :       KAITHAL TIMBERS PRIVATE LTD.

AMOUNT :          USD 78,665.02
LC NO :           0404707IM0000080
BENEFICIARY :     WAJILAM EXPORTS SINGAPORE PVT LTD

THIS IS A SWIFT ADVICE OF L/C.

WE HAVE PLEASURE IN STATING THAT WE ARE PREPARED, AT OUR OPTION,
TO NEGOTIATE BILLS DRAWN IN STRICT COMPLIANCE WITH THE TERMS OF
THIS CREDIT, BUT THIS ADVICE CARRIES NO UNDERTAKING ON THE PART
OF THIS BRANCH.

PLEASE EXAMINE THE  CREDIT  CAREFULLY  AND IF YOU ARE UNABLE TO
COMPLY STRICTLY WITH ITS  TERMS AND CONDITIONS, PLEASE
IMMEDIATELY ARRANGE FOR SUITABLE AMENDMENTS TO AVOID POSSIBLE
DIFFICULTIES ANDF DELAYS AT THE TIME OF NEGOTIATION AS OUR
MANDATE EXTENDS ONLY TO STRICT COMPLIANCE OF CREDIT.

YOU MAY PLEASE NOTE TO PAY OUR ADVISING CHARGES OF SGD 75.00
-----------------------------------------------------------------
AT THE TIME OF COLLECTION
----------------------------
KINDLY ARRANGE TO COLLECT THE L/C BY PRESENTING THIS FAX MESSAGE
DULY ENDORSED BY YOUR COMPANY'S STAMP.

YOURS FAITHFULLY

PAID
04 MAY 2007

AUTHORISED SIGNATORY

THIS ADVICE IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICES OF DOCUMENTARY
CREDITS (1993 REVISION), INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION
NO. 500.

```
***    Authentication Result: Correct with current key ***
                ----------------- Instance Type and Transmission --------------
***    Copy received from SWIFT
***    Priority       : Normal
***    Message Output Reference  : 0934 070502SBINSGSGAXXX9561611560
***    Correspondent Input Reference   : 1807 070501SBININBBAFXD9669819931
                ------------------------- Message Header ----------------------
***    Swift OUTPUT   : FIN 700 Issue of a Documentary Credit
***    Sender         : SBININBBBFXD
***            STATE BANK OF INDIA
***            (FOREIGN DEPARTMENT)
***            KOLKATA (CALCUTTA) IN
***    Receiver       : SBINSGSGXXX
***            STATE BANK OF INDIA
 *             SINGAPORE SG
**     MUR : SBININBB18708785
                -------------------------- Message Text ---------------------
***     27: Sequence of Total
***         1/1
***     40A: Form of Documentary Credit
***          IRREVOCABLE
***      20: Documentary Credit Number
***          0404707IM0000080
***     31C: Date of Issue
***          070430
***     40E: Applicable Rules
***          UCP LATEST VERSION
***     31D: Date and Place of Expiry
***          070526NEGOTIATING BANK
***     51D: Applicant Bank - Name & Address
***          STATE BANK OF INDIA
***          SCB KARNAL
***          AMBEDKAR CHOWK PO BOX 111
 **          KARNAL
***      50: Applicant
***          KAITHAL TIMBERS PRIVATE LTD.
***          IMAM BARA,SADAR BAZAR
***          KARNAL
***          KARNAL
***      59: Beneficiary - Name & Address
***          WAJILAM EXPORTS SINGAPORE PVT LTD
***          63, ROBINSON ROAD, 05-20 AFRO ASIA
***          BUILDING SINGAPORE 06889
***     32B: Currency Code, Amount
***          Currency     : USD (US DOLLAR)
***          Amount       :          #78,665.02#
***     39A: Percentage Credit Amt Tolerance
***          00/00
***     41D: Available With...By... - Name&Addr
```

SBI SINGAPORE

OUR REF : 27607EA CO 2500

```
***        STATE BANK OF INDIA
***        6 SHENTON WAY, 22-08
***        DBS BUILDING TOWER TWO,
***        SINGAPORE 068809.
***        BY NEGOTIATION
***   42C: Drafts at...
***        90 DAYS FROM DATE OF ACCEPTANCE
***   42D: Drawee - Name & Address
***        STATE BANK OF INDIA
***        SP.COMMERCIAL BRANCH KARNAL
***   43P: Partial Shipments
***        NOT ALLOWED
***   43T: Transhipment
***        PROHIBITED
***   44A: Pl of Tking in Chrg / of Rceipt
***        ANY MALAYSIAN PORT
***   44E: Port of Loading/Airport of Dep.
***        ANY MALAYSIAN PORT
***   44F: Port of Dischrge/Airport of Dest
***        KANDLA SEA PORT
***   44B: Pl of Final Dest / of Delivery
***        KANDLA SEA PORT
***   44C: Latest Date of Shipment
***        070505
***   45A: Descriptn of Goods &/or Services
***        168.1373 PLUS 277.9894 TOATAL 446.1267 CBM MALAYSIAN ROUND LOGS
***        INCOTERMS:   CIF
***        CONTRACT DETAILS :
***        WJ/PBJ/034-C
***   46A: Documents Required
***        1.COMPLETE SET OF 3/3 CLEAN SHIPPED BILL OF LADING MADE OUT IN
***        THE NAME OF STATE BANK OF INDIA SPL COMMERCIAL BRANCH KARNAL AND
***        MARKED FREIGHT PAID. BILL OF LADING MUST INDICATE THE NAME AND
***        ADDRESS OF THE IMPORTER  SHOWING LETTER OF CREDIT NO
***        0404707IMG000080
***        2.BENEFICIARY DECLARATION THAT A SHIPPING ADVICE STATING THE
***        QUANTITY OF GOODS SHIPPED VALUE OF GOODS DATE OF SHIPMENT AND
***        NAME OF THE CARRYING VESSEL WAS SENT TO THE APPLICANT BY
***        CABLE/AIRMAIL IMMEDIATELY AFTER THE SHIPMENT TOGETHER WITH A COPY
***        OF THE RELATIVE MESSAGE.
***        3.SIGNED INVOICES IN 6 COPIES.
***        4.CERTIFICATE SHOWING GOODS OF ORIGIN FROM CHAMBER OF COMMERCE.
***        5.SHIPMENT BY SEA WORTHY VESSELS CLASSED 100 AI BY LLYODS OR
***        EQUIVALENT CLASSIFICATION SOCIETY AND APPROVED BY GENERAL
***        INSURANCE CORP.OF INDIA.
***        6.PACKING LIST IN 6 COPIES.
***        7.BENEFICIARY CERTIFICATE THAT ONE FULL SET OF NON NEGOTIABLE
***        DOCUMENTS HAS ALREADY BEEN AIR MAILED IN ADVANCE TO THE OPENERS
***        IMMEDIATELY AFTER THE SHIPMENT SHOULD ALSO BE ENCLOSED WITH THE
```

02/05/07-09:39:15                          SWIFTIN-5472-3376

```
***        DOCUMENTS.
***        8. SHIPPING COMPANY CERTIFICATE THAT THE CARRYING VESSEL IS A
***        REGULAR LINE VESSEL.
***   47A: Additional Conditions
***        1. ALL DOCUMENTS SHOULD BE MARKED WITH LC NO DATE AND IMPORT
***        UNDER NON NEGATIVE LIST OF IMPORT EXPORT POLICY AM 200-2007.
***        2DISCREEENT DOCUMENTS TO BE SENT STRICTLY ON COLLECTION BASIS.
***        3. INVOICE AMOUNT NOT EXCEED THE DRAFT AMOUNT.
***        4.THIRD PARTY BILL OF LADING NOT ACCEPTABLE.
***        5.ALL CHARGES OUTSIDE INDIA ON A/C OF BENEFICIARY.
***        6.PRE PAYMENT AND PART PAYMENTA ALLOWED AND DOES NOT REQUIRE
***        PRIOR PERMISSION OF NEGOTIATING BANK AS WELL AS BENEFICIARY
***        DEDUCTION OF DISCOUNT 7.50 PERCENT P A WILL BE DEDUCTED AT THE
***        TIME OF PAYMENT.
***        7-PHYTO CERTIFICATE SHALL BE SEND DIRECTLY TO THE BUYER
***        .CERTIFICATE TO THIS EFFET ACCOMPANY THE DOCUMENTS
***   71B: Charges
***        ALL YOUR BANKING CHARGES ARE FOR
***        THE BENEFICIARY'S ACCOUNT
***    48: Period for Presentation
***        21 FROM THE B/L DATE
***        21 DAYS FROM  THE B/L DATE
***    49: Confirmation Instructions
***        WITHOUT
***    78: Instr to Payg/Accptg/Negotg Bank
***        DOCS TO BE FORWARDED BY COURRIER TO STATE BANK OF INDIA 04047
***        AMBEDKER CHOWK KARNAL HARYANA INDIA.ON RECEIPT OF DOCS IN
***        CONFIRMITY WITH THE TERMS OF L/C WE SHALL PAY AS PER NEGOTIATING
***        BANK INSTRUCTIONS.
***    72: Sender to Receiver Information
***        /TELEBEN/
***        //THIS SW  MSG IS SUB TO UCPDC(REV
***        //1993)ICC BROCHURE 500 AND
***        //UNIFORM RULES FOR BK TO BK
***        //REIMB.UNDER DOC.CREDITS ICC
***        //SBININBB187
           --------------------------- Message Trailer ---------------------------
***   {MAC:69B0D107}
***   {CHK:8166C62F0C7A}
***   {DLM:}
*End of Message
```



**BNP PARIBAS**

706554

20 COLLYER QUAY, TUNG CENTRE, SINGAPORE 049319
TEL: (65) 6210 1288 FAX: (65) 6224 3459

| Name and Address Of Company | Date: 02.05.2007 |
|---|---|
| WAJILAM EXPORTS (SINGAPORE) PRIVATE LIMITED<br>63 ROBINSON ROAD, NO. 05-20<br>AFRO ASIA BUILDING,<br>SINGAPORE 068894<br>Tel No.:<br>Drawee<br><br>KAITHAL TIMBER PRIVATE LIMITED, IMAM BARA,<br>SADAR BAZAR, KARNAL. | **To: BNP Paribas Singapore**<br><br>We hereby deliver the attached documents in accordance with the following instruction and subject to the terms and conditions appearing overleaf. We further agree that any purchase or negotiation of a bill of exchange and/or of the documents whether under a Letter of Credit ("L/C") or not shall be with recourse to us except where the Bank has added its confirmation to the L/C in accordance with the L/C.<br>☐ Please handle this collection subject to the Uniform Rules for Collections, International Chamber of Commerce Publication currently in force.<br>☐ Please handle this set of documents, drawn under Letter of Credit, subject to the Uniform Customs and Practice for Documentary Credits, International Chamber of Commerce Publication currently in force. |

| Draft No./Date | | Tenor | Amount | |
|---|---|---|---|---|
| 4130T/2007 dtd 02.05.2007 | | 90 DAYS FROM DATE OF NEGOTIATION | USD 78,655.02 | |

| Please mark number of DOCUMENTS ATTACHED | | | | * Delete whichever is not applicable |
|---|---|---|---|---|
| Draft | 2 | Packing List | 6 | PLEASE PRESENT DOCUMENTS TO:- |
| Invoice | 6 | Weight List | | |
| BL / AWB / DO Neg | | Certificate of Origin | 2 | |
| N/N BL / AWB/ DO | | PHYTO CERT | 2 | STATE BANK OF INDIA |
| Insurance Policy | 2 | | | SP.COMMERCIAL BRANCH KARNAL |
| BEN DECLA | | | | KARNAL |
| Shipping Cert | 1 | LC | 1 | |
| Cert. FRA | | | | |

| Letter of Credit No. / Date | Issuing Bank and Branch |
|---|---|
| L/C NO 04047071M0000080 DATED 070430 | |

| Vessel Name / Airline | Port of Shipment | Shipment Date | BL / AWB/ DO No.: |
|---|---|---|---|
| M V PACIFIC BANGJIANG V.070 | SARAWAK, MALAYSIA PORT | 18.04.2007 | PB0703/KDL-30 |
| Port of Discharge | Final Destination | Goods | |
| KANDLA PORT, INDIA | INDIA | SARAWAK ROUND LOGS | |

**FOR BILLS OF EXCHANGE/DOCUMENTS NOT UNDER L/C, PLEASE FOLLOW INSTRUCTIONS MARKED X**

☐ 1. Payment/Acceptance may be deferred until arrival of carrying vessel
☐ 2. Documents to be delivered against ☐ Acceptance ☐ Payment
☐ 3. Protest for / Do not protest for ☐ Non-Acceptance ☐ Non-Payment
☐ 4. In the case of dishonour please arrange for storage and insurance of goods at our expense
☐ 5. All charges including yours are account of ☐ Drawers / ☐ Drawees ☐ Charges Cannot Be Waived
☐ 6. Collect interest at ........... % p.a. from ............................ to ............................ ☐ Interest Cannot Be Waived
☐ 7. Non-Payment/Non-Acceptance to be advised by ☐ Telex / Swift ☐ Airmail
☐ 8. Payment/Acceptance to be advised by ☐ Telex / Swift ☐ Airmail
☐ 9. The collecting bank to remit proceeds by ☐ Telex / Swift ☐ Airmail
☐ 10. The receiving bank to advise you upon receipt of proceeds by ☐ Telex / Swift ☐ Airmail
☐ 11. In case of need please refer to: ...................................................

☐ Who will assist in collecting ☐ payment / ☐ acceptance of draft / documents without alteration of any of our instructions
☐ Whose instructions you are authorised to follow

BNPP-TS 7 MAY 07 : #01

**DISPOSAL OF PROCEEDS:**
☐ [Collection] Upon receipt of proceeds, credit to our a/c no. .................................
☐ Please Purchase / Negotiate the bill of exchange and/or documents with recourse to us and credit proceeds to our account no. .................................
☐ Please use Exchange Rate / Forward Contract No. .................................
☐ For discrepant document(s), please forward to issuing bank for acceptance/payment

**SPECIAL INSTRUCTIONS:**
Please dispatched the documents by courier service under one cover for acceptance under the lc
Do not scrutinize the documents

**W E HAVE READ THE CONDITIONS OVERLEAF AND AGREE TO ABIDE BY THEM**

| Please purchase this bill of exchange/documents against our facilities and under our full responsibility and pay the proceeds to : M/s<br><br>.................................................................................................<br><br>.................................................................................................<br>Authorised Signature (Guarantor)<br>(To be completed if bill of exchange / documents are to be purchased under the liability of another client). | Yours faithfully<br>WAJILAM EXPORTS (SINGAPORE) PRIVATE LIMITED<br><br>_signature_<br>AUTHORISED SIGNATORY<br><br>.................................................................................................<br>Authorised Signature (Drawer) |



# BNP PARIBAS

**SINGAPORE**
**Trade Services Center**
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1288 Fax: (65) 6224 3459
Telex: Nabapar RS 24315 / RS 23424
Swift: BNPASGSG



Cert. No. Q16584    ICSAQU453/00

| | |
|---|---|
| Our reference | 00001ECG0706524 |
| LC Number | 0404707IM0000080 |
| Amount | USD  78,655.02 |
| Tenor | 90 days FM DT OF NEGOTIAITON (DUE: 6AUG07) |

Page   1   of   2     Date   07/05/2007

**Issuing Bank / Collecting Bank**
STATE BANK OF INDIA
04047 AMBEDKER CHOWK
KARNAL HARYANA
INDIA

Drawee / Applicant       KAITHAL TIMBERS PRIVATE LTD
Bill Amount              USD              78,655.02

Total Amount Claimed     USD              78,655.02

We enclose the following documents which please handle in accordance with the instructions below.

| | |
|---|---|
| BENE DECLARATION | : 1 |
| BENEFICIARY'S  CERT. | : 1 |
| BILLS OF LADING | : 3 |
| CERT. OF ORIGIN | : 2 |
| DRAFT | : 2 |
| INSURANCE POLICY | : 2 |
| INVOICE | : 6 |
| PACKING LIST | : 6 |
| PHYTO CERT | : 2 |

Remaining documents if any, are enclosed in the 2nd mail

Shipment details

| | |
|---|---|
| Shipped by | : SEA |
| Shipped from | : SARAWAK, MALAYSIA PORT |
| Shipped to | : KANDLA PORT |

Description of goods
SARAWAK ROUND LOGS

**Drawer / Presenter <**
WAJILAM EXPORTS (SINGAPORE) PRIVATE
LIMITED
LETTER BOX NO 5
SINGAPORE

Ref:1307/2007

Continued Next Page...

Documents are subject to the UCP for Documentary Credits (1993 Revision), ICC Publication No. 500. This is a computer generated form and no signature is required.



**BNP PARIBAS**

**SINGAPORE**
**Trade Services Center**
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1288 Fax: (65) 6224 3459
Telex: Nabapar RS 24315 / RS 23424
Swift: BNPASGSG

Cert. No. Q16884       ICSAQU453/00

Our reference
00001ECG0706524

CUSTOME

Page   2   of   2    Date   07/05/2007

 Instruction(s)
We have endorsed the utilised amount on the original Letter of
Credit. Kindly acknowledge receipt.
This utilisation is subject to UCP 500.
Please advise acceptance and confirm maturity date as soon as
possible by tested telex/swift.

REIMBURSEMENT INSTRUCTION:
At maturity, please effect payment to our A/C no:2000191144462
with Wachovia Bank NA,New York quoting our ref. under your
authenticated SWIFT advice to us.

**BNP PARIBAS**
**Singapore**

Documents are subject to the UCP for Documentary Credits (1993 Revision), ICC Publication No. 500. This is a computer generated form and no signature is required.



**SINGAPORE**
**Trade Services Center**
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1288 Fax: (65) 6224 3459
Telex: Nabapar RS 24315 / RS 23424
Swift: BNPASGSG

Cert. No. Q16884    ICSAQU453/00

**Credit Advice**

U STS

ORIGINAL

Our reference
00001EPG0706524

MV pacific Bangjiang
Ashita Sees

Page    1    of    1    Date    08/05/2007

> Mail to <

WAJILAM EXPORTS (SINGAPORE) PRIVATE
LIMITED
LETTER BOX NO 5

SINGAPORE

Kaithal Timber Pvt Ud

We have purchased this bill subject to final payment and have effected the following entry(ies)
in your account for the transaction as detailed below.

| Your Reference | Related Reference |
|---|---|
| 1307/2007 | 0404707IM000008 |
| Amount | Outstanding Amount |
| USD    78,655.02 | USD    78,655.02 |

| | | |
|---|---|---|
| USD                78,655.02 | CR USD | 78,655.02 |
| Charges : | | |
| COMMISSION IN LIEU OF EXCHANGE        USD        50.00 | | |
| NEGO COMM ON LC EXPORT BILL           USD        50.00 | | |
| RECOVERY OF COURIER CHRGS             USD        29.00 | | |
| Total Charges: | DR USD | 129.00 |
| | | |
| Interest : | | |
| Principal Amount: USD  78,655.02 | | |
| 08/05/2007-06/08/2007        6.36% p.a.  USD        1,250.62 | | |
| | | |
| Total Interest: | DR USD | 1,250.62 |

| Account No. | Value Date | Net Amount |
|---|---|---|
| 0005000222500193USD | 08/05/2007 | CR USD        77,275.40 |

This is a computer generated form and no signature is required.

15/05/07-21:30:12        HKBNPPTSin-5893-171722        3

```
-------------------- Instance Type and Transmission --------------
Copy received from SWIFT
Priority            : Normal
Message Output Reference : 2116 070515BNPASGSGAXXX5968023524
Correspondent Input Reference : 1846 070515SBININBBAFXD9683859864
------------------------- Message Header ------------------------
Swift Output  : FIN 754 Adv of Paymt/Acceptance/Nego
Sender        : SBININBBFXD
              STATE BANK OF INDIA
              (FOREIGN DEPARTMENT)
              KOLKATA (CALCUTTA) IN
Receiver      : BNPASGSGXXX
              BNP PARIBAS - SINGAPORE BRANCH
              SINGAPORE SG
MUR : SBININBB18708885
------------------------- Message Text ------------------------
 20: Sender's Reference
     0404707IM0000080
 21: Related Reference
     00001ECG0706524
 32A: Principal Amt Paid/Accepted/Negd
     Date      : 14 August 2007
     Currency  : USD (US DOLLAR)
     Amount    :          #78,655.02#
 77A: Narrative
     DOCUMENTS ACCEPTED WITH MATURITY
     DATE 14TH AUG 2007. AT MATURITY WE
     WILL REMIT PROCEEDS AS PER YOUR
     INSTRUCTIONS.
     .
     //SBININBB187
------------------------- Message Trailer ----------------------
{MAC:A95384C6}
{CHK:C5A0B46FE33A}
```