# STATE BANK OF INDIA

SINGAPORE BRANCH
6 SHENTON WAY #22-08, DBS BUILDING (TOWER TWO),
SINGAPORE 068809.

GEN. TELEX: RS 23184 AB SBISING
FX. TELEX: RS 25043 AB: SBIFEX
TEL: 6222 2033 (10 lines)
SWIFT: SBINSGSG
CABLE THISTLE
FAX: 6225 3348

DATE: 29-06-2007

TO:
WAJILAM EXPORTS SINGAPORE PVT LTD
63, ROBINSON ROAD, 05-20 AFRO ASIA
BUILDING

OUR REF : 27607EA003686
DEAR SIRS,

ADVICE OF LETTER OF CREDIT

WE ARE PLEASED TO ADVISE YOU THE RECEIPT OF THE FOLLOWING LETTER OF CREDIT.

ISSUING BANK : STATE BANK OF INDIA
SBI SP COMM BRANCH
SPECIAL COMMERCIAL BRANCH
KARNAL
INDIA
APPLICANT : MAA BALA SUNDARI TIMBERS
AMOUNT : USD 48,995.16
LC NO : 0404707IM0000124
BENEFICIARY : WAJILAM EXPORTS SINGAPORE PVT LTD

*[handwritten: INV NO 1407 A & B / Maa Baala Sundari Timbers]*

THIS IS A SWIFT ADVICE OF L/C.

WE HAVE PLEASURE IN STATING THAT WE ARE PREPARED, AT OUR OPTION, TO NEGOTIATE BILLS DRAWN IN STRICT COMPLIANCE WITH THE TERMS OF THIS CREDIT, BUT THIS ADVICE CARRIES NO UNDERTAKING ON THE PART OF THIS BRANCH.

PLEASE EXAMINE THE CREDIT CAREFULLY AND IF YOU ARE UNABLE TO COMPLY STRICTLY WITH ITS TERMS AND CONDITIONS, PLEASE IMMEDIATELY ARRANGE FOR SUITABLE AMENDMENTS TO AVOID POSSIBLE DIFFICULTIES ANDF DELAYS AT THE TIME OF NEGOTIATION AS OUR MANDATE EXTENDS ONLY TO STRICT COMPLIANCE OF CREDIT.

YOU MAY PLEASE NOTE TO PAY OUR ADVISING CHARGES OF SGD 75.00
AT THE TIME OF COLLECTION

KINDLY ARRANGE TO COLLECT.THE L/C BY PRESENTING THIS FAX MESSAGE DULY ENDORSED BY YOUR COMPANY'S STAMP.

YOURS FAITHFULLY

AUTHORISED SIGNATORY

*[stamp: PAID 29 JUN 2007 BY: BNP 241584]*

THIS ADVICE IS SUBJECT TO UNIFORM CUSTOMS AND PRACTICES OF DOCUMENTARY CREDITS (1993 REVISION), INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION NO. 500.

```
MESSAGE NUMBER    : 20371
CREATED DATE      : 29-06-2007
RECIEVER BIC      : SBINSGSGXXX
SENDER BIC        : SBININBBFXD
                    STATE BANK OF INDIA, SBI, FOREIGN DEPT
                    FOREIGN DEPARTMENT
                    KOLKATA INDIA

                    India
MESSAGE TYPE      : MT700
NETWORK STATUS    : INCOMING MESSAGE
MESSAGE STATUS    : Purge
```

SBI SINGAPORE

OUR REF: 27607EA003686

```
{1:F01SBINSGSGAXXX0561624349}
{2:O7001835070628SBININBBAFXD9730977744070628 2354N}
PRIORITY          : NORMAL
{3:{108:SBININBB18709107}}
MESSAGE IDENTIFIER : SBININBB18709107
```
--------------------------- Message Text ---------------------------
```
:27:     Sequence of Total
         1/1
:40A:    Form of Documentary Credit
         IRREVOCABLE
:20:     Documentary Credit Number
         0404707IM0000124
:31C:    Date of Issue
         070627
:40E:    Applicable Rules
         UCP LATEST VERSION
:31D:    Date and Place of Expiry
         070720NEGOTIATING BANK
:51D:    Applicant Bank
         STATE BANK OF INDIA
         SCB KARNAL
         AMBEDKAR CHOWK PO BOX 111
         KARNAL
:50:     Applicant
         MAA BALA SUNDARI TIMBERS
         IMAM BARA , SADAR BAZAR
         SADAR BAZAR
         KARNAL
:59:     Beneficiary
         WAJILAM EXPORTS SINGAPORE PVT LTD
         63, ROBINSON ROAD, 05-20 AFRO ASIA
         BUILDING
:32B:    Currency Code, Amount
         Currency : USD
         Amount   : #48995,16#
:39A:    Percentage Credit Amount Tolerance
         00/00
:41D:    Available With ... By ...
         STATE BANK OF INDIA
         6 SHENTON WAY. 22-08
         DBS BUILDING TOWER TWO,
         SINGAPORE 068809.
         BY NEGOTIATION
:42C:    Drafts at ...
         90 DAYS FROM DATE OF ACCEPTANCE
:42D:    Drawee
         STATE BANK OF INDIA
         SP.COMMERCIAL BRANCH KARNAL
:43P:    Partial Shipments
```

4A:    Place of Taking in Charge/Dispatch from.../Place of Receipt
       ANY MALAYSIAN PORT
14E:   Port of Loading/Airport of Departure
       ANY MALAYSIAN PORT
14F:   Port of Discharge/Airport of Destination
       KANDLA SEA PORT
14B:   Place of Final Destination/For Transportationto.../Place of Delivery
       KANDLA SEA PORT
14C:   Latest Date of Shipment
       070705
15A:   Description of Goods and/or Services
       205.3264 CBM MERANTI LG LOGS
       100.9856 CBM RESAK LG LOGS
       INCOTERMS:  CIF
       CONTRACT  DETAILS :
       WE/PBG/009-C
16A:   Documents Required
       1. COMPLETE SET OF 3/3 CLEAN SHIPPED BILL OF LADING MADE OUT IN
       THE NAME OF STATE BANK OF INDIA SPL COMMERCIAL BRANCH KARNAL AND
       MARKED FREIGHT PAID. BILL OF LADING MUST INDICATE THE NAME AND
       ADDRESS OF THE IMPORTER  SHOWING LETTER OF CREDIT NO
       0404707IM0000124
       2. BENEFICIARY DECLARATION THAT A SHIPPING ADVICE STATING THE
       QUANTITY OF GOODS SHIPPED VALUE OF GOODS DATE OF SHIPMENT AND
       NAME OF THE CARRYING VESSEL WAS SENT TO THE APPLICANT BY
       CABLE/AIRMAIL IMMEDIATELY AFTER THE SHIPMENT TOGETHER WITH A COPY
       OF THE RELATIVE MESSAGE.
       3. SIGNED INVOICES IN 6 COPIES.
       4. CERTIFICATE SHOWING GOODS OF ORIGIN FROM CHAMBER OF COMMERCE.
       5. SHIPMENT BY SEA WORTHY VESSELS CLASSED 100 AI BY LLYODS OR
       EQUIVALENT CLASSIFICATION SOCIETY AND APPROVED BY GENERAL
       INSURANCE CORP. OF INDIA.
       6. PACKING LIST IN 6 COPIES.
       7. BENEFICIARY CERTIFICATE THAT ONE FULL SET OF NON NEGOTIABLE
       DOCUMENTS HAS ALREADY BEEN AIR MAILED IN ADVANCE TO THE OPENERS
       IMMEDIATELY AFTER THE SHIPMENT SHOULD ALSO BE ENCLOSED WITH THE
       DOCUMENTS.
       8. THE CARRYING VESSEL IS A REGULAR LINE VESSEL NOT MORE THAN 25
       YEARS OLD.
       9. INSURANCE CERTIFICATE COVERING 110 PERCENT OF INVOICE VALUE.
47A:   Additional Conditions
       1 ALL DOCUMENTS SHOULD BE MARKED WITH LC NO DATE AND IMPORT UNDER
       NON NEGATIVE LIST OF IMPORT EXPORT POLICY AM 200-2007.
       2 DISCREPENT DOCUMENTS TO BE SENT STRICTLY ON COLLECTION BASIS.
       3. INVOICE AMOUNT NOT TO EXCEED THE DRAFT AMOUNT.
       4. THIRD PARTY BILL OF LADING NOT ACCEPTABLE.
       5. ALL CHARGES OUTSIDE INDIA ON A/C OF BENEFICIARY.
       6. PART PAYMENT AND PRE PAYMENT ALLOWED WITHOUT  PRE PERMISSION OF
       THE BENEFICIARYRATHER A DISCOUNT OF 7.00PERCENT P A IS CHARGEABLE
       IN CASE OF PRE PAYMENT AND PART PAYMENT.
       7. DISCREPENCY FEE USD 30.00 PLUS SWIFT CHARGES WILL BE ON
       ACCOUNT OF BENEFICIARY.
71B:   Charges
       ALL YOUR BANKING CHARGES ARE FOR
       THE BENEFICIARY'S ACCOUNT
48:    Period for Presentation
       21 FROM THE B/L DATE
       21 DAYS FROM DATE OF B/L
49:    Confirmation Instructions
       WITHOUT
78:    Instructions to the Paying/Accepting/Negotiating Bank
       DOCS TO BE FORWARDED BY COURRIER TO STATE BANK OF INDIA 04047
       AMBEDKER CHOWK KARNAL HARYANA INDIA. ON RECEIPT OF DOCS IN

```
'2:     Bank Instructions:
                /TELEBEN/
                //THIS SW  MSG IS SUB TO UCPDC(REV
              . //1993)ICC BROCHURE 500 AND
               ///UNIFORM RULES FOR BK TO BK
                //REIMB.UNDER DOC.CREDITS ICC
                //SBININBB187
                -}
     {S:{CHK:567718049ES1}{DLM:}{MAC:00000000}}
     ---------------------------------- End Of Message ----------------------------------
```



# BNP PARIBAS

20 Collyer Quay, Tung Centre, Singapore 049319
Tel: (65) 210 1288   Fax: (65) 6224 3459

| Name and Address Of Company | Date: 29.06.2007 |
|---|---|
| WAJILAM EXPORTS (SINGAPORE) PRIVATE LIMITED, 63 ROBINSON ROAD, NO. 05-20, AFRO ASIA BUILDING, SINGAPORE 068894 Tel No.: | To: **BNP Paribas Singapore** We hereby deliver the attached documents in accordance with the following instruction and subject to the terms and conditions appearing overleaf. We further agree that any purchase or negotiation of a bill of exchange and/or of the documents whether under a Letter of Credit ("L/C") or not shall be with recourse to us except where the Bank has added its confirmation to the L/C in accordance with the L/C. |
| Drawee MAA BALA SUNDARI TIMBERS, IMAM BARA, SADAR BAZAR, SADAR BAZAR, KARNAL | ☐ Please handle this collection subject to the Uniform Rules for Collections, International Chamber of Commerce Publication currently in force. ☐ Please handle this set of documents, drawn under Letter of Credit, subject to the Uniform Customs and Practice for Documentary Credits, International Chamber of Commerce Publication expressly stated to be applicable and as modified by the terms of the Letter of Credit. |

Draft No./Date 1407/V/2007 1492/2007   dtd 29.06.2007   Tenor 90 DAYS FROM DATE OF NEGOTIATION   Amount USD 48,995.16

Please mark number of DOCUMENTS ATTACHED     * Delete whichever is not applicable

| Draft | 2 | Packing List | 2(6) | PLEASE PRESENT DOCUMENTS TO:- |
|---|---|---|---|---|
| Invoice | 2(6) | Weight List | | |
| BL/AWB/DO Neg | 2(3) | Certificate of Origin | 3 | STATE BANK OF INDIA |
| N/N BL/AWB/DO | | | | S.P. COMMERCIAL BRANCH |
| Insurance Policy | 2 | L.C | 1 | KARNAL |
| Shipping Cert | 3 | | | |
| Cert. BEN | 2 | | | |
| BEN DECLRE | 1 | | | |

Letter of Credit 04047/07/M0000124, DATED 070627   Issuing Bank and Branch

Vessel Name MV PACIFIC BANGGUANG   Port of Shipment SARAWAK, MALAYSIA   Shipment Date 18.06.2007   BL/AWB No 12 & 13

Port of Discharge KANDLA PORT, INDIA   Final Destination INDIA   Goods SARAWAK ROUND LOGS

**FOR BILLS OF EXCHANGE/DOCUMENTS NOT UNDER L/C, PLEASE FOLLOW INSTRUCTIONS MARKED X**

☐ 1. Payment/Acceptance may be deferred until arrival of carrying vessel
☐ 2. Documents to be delivered against           ☐ Acceptance      ☐ Payment
☐ 3. Protest for / Do not protest for             ☐ Non-Acceptance  ☐ Non-Payment
☐ 4. In the case of dishonour please arrange for storage and insurance of goods at our expense
☐ 5. All charges including yours are account of   ☐ Drawers /  ☐ Drawees    ☐ Charges Cannot Be Waived
☐ 6. Collect interest at ............ % p.a. from ............ to ............    ☐ Interest Cannot Be Waived
☐ 7. Non-Payment/Non-Acceptance to be advised by        ☐ Telex / Swift   ☐ Airmail
☐ 8. Payment/Acceptance to be advised by                ☐ Telex / Swift   ☐ Airmail
☐ 9. The collecting bank to remit proceeds by           ☐ Telex / Swift   ☐ Airmail
☐ 10. The receiving bank to advise you upon receipt of proceeds by   ☐ Telex / Swift   ☐ Airmail
☐ 11. In case of need please refer to: ...........
     ☐ Who will assist in collecting ☐ payment / ☐ acceptance of draft / documents without alteration of any of our instructions
     ☐ Whose instructions you are authorised to follow

**DISPOSAL OF PROCEEDS:**
☐ [Collection] Upon receipt of proceeds, credit to our a/c no. ...........
☐ Upon maturity/sight, please credit proceeds less your applicable charges to our account no. ...........
☐ Please Purchase / Negotiate the bill of exchange and/or documents with / without recourse to us, and effect payment your applicable charges to our account no. ...........
☐ Please use Exchange Rate / Forward Contract No. ...........

**DISCREPANT DOCUMENTS**
☐ Please forward to issuing bank for acceptance/payment
☐ Special instructions: ...........

**SPECIAL INSTRUCTIONS:** Special Instruction:- Pls dispatch the documents by courier service under one acceptance unde the lc.Do not scrutinize the documents.Pls also request the lc opening bank as follows "In your swift instruction (MT202) quote ONLY our full bill ref no. in field 21. Pls DONOT mention name/add of the L/C beneficiary anywhere to prevent mis direction of payment.

BNP-TS 2 JUL 07 16:17

**WE HAVE READ THE CONDITIONS OVERLEAF AND AGREE TO ABIDE BY THEM**

| Please purchase this bill of exchange/documents against our facilities and under our full responsibility and pay the proceeds to : M/s ........... | Yours faithfully WAJILAM EXPORTS (SINGAPORE) PRIVATE LIMITED *S.T. Melete* Director |
|---|---|
| Authorised Signature (Guarantor) (To be completed if bill of exchange / documents are to be purchased under the liability of another client). | Authorised Signature (Drawer) |



**BNP PARIBAS**

**SINGAPORE**
**Trade Services Center**
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1288 Fax: (65) 6224 3459
Telex: Nabapar RS 24315 / RS 23424
Swift: BNPASGSG




Cert. No. Q16884    ICSAQU453/00

**Covering Schedule – Export Bills**

| | |
|---|---|
| Our reference | 00001ECG0709926 |
| LC Number | 0404707IM0000124 |
| Amount | USD 48,995.16 |
| Tenor | 90 days FM DT OF NEGOTIATION (DUE: 1OCT07) |

Page 1 of 2    Date 03/07/2007

Issuing Bank / Collecting Bank
STATE BANK OF INDIA
04047 AMBEDKER CHOWK
KARNAL HARYANA
INDIA

Drawee / Applicant        MAA BALA SUNDARI TIMBERS
Bill Amount               USD                    48,995.16

Total Amount Claimed      USD                    48,995.16

We enclose the following documents which please handle in accordance with the instructions below.

BENE DECLARATION       : 1
BENEFICIARY'S CERT.    : 2
BILLS OF LADING        : 2X3
CERT. OF ORIGIN        : 3
DRAFT                  : 2
INSURANCE POLICY       : 2
INVOICE                : 2X6
PACKING LIST           : 2X6
SHIPPING CERT          : 3

Remaining documents if any, are enclosed in the 2nd mail

Shipment details
Shipped by             : SEA
Shipped from           : SARAWAK, MALAYSIA PORT
Shipped to             : KANDLA PORT, INDIA

Description of goods
SARAWAK ROUND LOGS

> Drawer / Presenter <
WAJILAM EXPORTS (SINGAPORE) PRIVATE
LIMITED
LETTER BOX NO 5
SINGAPORE

Ref:1407A,B/2007

Continued Next Page...

This is a computer generated form and no signature is required.



**BNP PARIBAS**

**SINGAPORE**
Trade Services Center
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1288 Fax: (65) 6224 3459
Telex: Nabepar RS 24315 / RS 23424
Swift: BNPASGSG



Cert. No. Q16884      ICSAQU453/00

**Covering Schedule – Export Bills**

Our reference
00001ECG0709926

CUSTOMER

Page 2 of 2    Date 03/07/2007

Instruction(s)
We have endorsed the utilised amount on the original Letter
of Credit. Kindly acknowledge receipt.
This utilisation is subject to UCP 500.
Please advise acceptance and confirm maturity date
as soon as possible by tested telex/swift.

REIMBURSEMENT INSTRUCTION:
Upon maturity, please effect payment to our A/C no:
2000191144462
with Wachovia Bank NA, New York quoting our ref. under your
authenticated SWIFT advice to us.
in your swift instructions (MT202) quote ONLY our full bill ref
no in field 21. Please DO NOT mention name/add of the L/C
beneficiary anywhere to prevent mis direction of payment.

**BNP PARIBAS**
**Singapore**

This is a computer generated form and no signature is required.

```
17/07/07-14:15:36        HKBNPPTSin-8728-209746        5
```

---------------------- Instance Type and Transmission --------------
Copy received from SWIFT
Priority              : Normal
Message Output Reference : 1406 070717BNPASGSGAXXX6013071833
Correspondent Input Reference : 1136 070717SBININBBAFXD9747023637
-------------------------- Message Header -------------------------
Swift Output  : FIN 754 Adv of Paymt/Acceptance/Nego
Sender        : SBININBBFXD
                STATE BANK OF INDIA
                (FOREIGN DEPARTMENT)
                KOLKATA (CALCUTTA) IN
Receiver      : BNPASGSGXXX
                BNP PARIBAS - SINGAPORE BRANCH
                SINGAPORE SG
MUR : SBININBB18709212
-------------------------- Message Text ---------------------------
 20: Sender's Reference
     0404707IM0000124
 21: Related Reference
     00001ECG0709926
 32A: Principal Amt Paid/Accepted/Negd
     Date     : 19 October 2007
     Currency : USD (US DOLLAR)
     Amount   :         #48,995.16#
 77A: Narrative
     DOCUMENTS ACCEPTED WITH MATURITY
     DATE 19 OCT 2007. AT MATURITY WE
     WILL REMIT PROCEEDS AS PER YOUR
     INSTRUCTIONS.
     .
     //SBININBB187
-------------------------- Message Trailer ------------------------
{MAC:1414DB2C}
{CHK:4C2F632BE02A}



**BNP PARIBAS**

**SINGAPORE
Trade Services Center**
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1288 Fax: (65) 6224 3459
Telex: Nabapar RS 24315 / RS 23424
Swift: BNPASGSG




Cert. No. Q16884    ICSAQU453/00

**Credit Advice**

Our reference
00001ENH0709926

R 201
U 1213

ORIGINAL

Mv Pacific Bangguang

Page 1 of 1    Date 19/07/2007

> Mail to <
WAJILAM EXPORTS (SINGAPORE) PRIVATE
LIMITED
LETTER BOX NO 5

SINGAPORE

MAA Bala Sundardi Timber

Transit interest (less amount collected in advance if any) will be charged until date of payment.

| Your Reference | Related Reference |
|---|---|
| 1407A,B/2007 | 0404707IM000012 |
| Amount | Outstanding Amount |
| USD 48,995.16 | USD 48,995.16 |

USD                48,995.16                                                CR USD           48,995.16

Interest :

Principal Amount: USD 48,995.16

19/07/2007-19/10/2007    6.36286% p.a.    USD          796.69

Total Interest:                                                              DR USD              796.69

DR 155.87

| Account No. | Value Date | Net Amount | |
|---|---|---|---|
| 0005000222500193USD | 19/07/2007 | CR USD | 48,198.47 |

This is a computer generated form and no signature is required.