

EXPORTS DEPARTMENT

PAGE     1

NEW DC ADVICE                                       DATE   02JUL2007
--------------

WAJILAM EXPORTS SINGAPORE PTE LTD        PLEASE QUOTE OUR REF NO.
ROBINSON ROAD 63                         27607EA003666   -00
AFRO ASIA BUILDING 05-20
SINGAPOE 068894

# 1409 - Lalsons Plyboard (P) Ltd

DEAR SIRS,

DOCUMENTARY CREDIT NO.    6023907IM0000048
AMOUNT                    USD         20,454.95
ISSUING BANK         →    STATE BANK OF SAURASHTRA
APPLICANT                 LALSONS PLYBOARDS PVT LTD

IN ACCORDANCE WITH THE APPLICABLE RULES STIPULATED IN THE CREDIT,
WE ADVISE HAVING RECEIVED THE CAPTIONED DOCUMENTARY CREDIT IN
YOUR FAVOUR.

IMPORTANT NOTICE TO BENEFICIARY
-------------------------------
PLEASE CHECK THE TERMS AND CONDITIONS OF THIS CREDIT IMMEDIATELY
AND NOTE THAT WE ARE UNABLE TO MAKE ANY CHANGES WITHOUT THE
ISSUING BANK'S AUTHORITY. ACCORDINGLY, SHOULD ANY OF ITS TERMS
AND CONDITIONS BE UNACCEPTABLE, PLEASE CONTACT THE APPLICANT
DIRECT, REQUESTING AN AMENDMENT TO BE ADVISED TO US WITHOUT
DELAY.

SHOULD THIS BE A TRANSFERABLE CREDIT AND SHOULD WE BE AUTHORISED
TO EFFECT SUCH TRANSFER, PLEASE NOTE THAT WE ARE UNDER NO
OBLIGATION TO DO SO.
THIS NOTIFICATION MUST BE PRESENTED WITH THE ORIGINAL
DOCUMENTARY CREDIT TOGETHER WITH ANY SUBSEQUENT AMENDMENTS AND
ALL DOCUMENTS REQUIRED THEREIN FOR NEGOTIATION.

THIS DOCUMENTARY CREDIT IS SUBJECT TO, AND WILL BE HANDLED IN
ACCORDANCE WITH, THE VERSION OF THE UCP RULES (ISSUED BY THE ICC)
AS SPECIFIED IN THE CREDIT EXCEPT SO FAR AS OTHERWISE EXPRESSLY
STATED THEREIN.

PLEASE NOTE THAT THE HSBC GROUP FOLLOWS THE REQUIREMENTS OF UN
ISSUED SANCTIONS. AS A RESULT WE ARE UNABLE TO ACCEPT OR
HANDLE DOCUMENTS THAT CONTRAVENE THESE SANCTIONS. THIS APPLIES
ESPECIALLY TO SANCTIONS AGAINST VARIOUS NATIONAL CARRIERS. FOR
FURTHER INFORMATION PLEASE CONTACT TRADE SERVICES DEPARTMENT.

WE HAVE NOT ADDED OUR CONFIRMATION TO THIS CREDIT AND
CONSEQUENTLY THIS CREDIT CONVEYS NO ENGAGEMENT/RESPONSIBILITY
ON OUR PART.

ATTACHED PLEASE FIND THE DOCUMENTARY CREDIT/BRIEF CABLE.

The Hongkong and Shanghai Banking Corporation Limited
Trade Services Department
60B Orchard Road #03-18 The Atrium@Orchard, Tower 2
Singapore 238891   Swift: HSBCSGSG

*Incorporated in the Hong Kong SAR with limited liability*



PAGE    2

WE HAVE DEBITED YOUR ACCOUNT 141-883074-001
AS FOLLOWS:
ADVISING COMMISSION    SGD         30.00
TOTAL                  SGD         30.00

++ IN LINE WITH HSBC'S COMMITMENT TO THE ENVIRONMENT AND ITS
ADOPTION OF THE EQUATOR PRINCIPLES, WE WILL NOT CONFIRM OR ENTER
INTO ANY PAYMENT / DEFERRED PAYMENT / ACCEPTANCE / NEGOTIATION
UNDERTAKING FOR EXPORT LETTERS OF CREDIT RELATING TO TIMBER /
TIMBER PRODUCTS EXCEPT WHERE THE PROPER FSC CERTIFICATION IS
PRODUCED INDICATING THAT THE TIMBER COMES FROM SUSTAINABLE
SOURCES.  WE HAVE, WHERE APPROPRIATE, INFORMED THE ISSUING BANK
OF OUR POSITION. ++
///FOR BANK INTERNAL USE ONLY///
CONTACT
MT710

PLEASE ALSO NOTE THE CONSENT CLAUSE BELOW WHICH SHALL APPLY TO
THIS AND ALL SUBSEQUENT TRANSACTIONS:-
WITHOUT PREJUDICE TO ANY OTHER CONSENT PROVIDED BY YOU TO US, YOU
AGREE THAT WE WILL USE, STORE AND TRANSFER (WHETHER WITHIN OR
OUTSIDE SINGAPORE) AND/OR EXCHANGE YOUR PERSONAL, ACCOUNT AND
TRANSACTIONAL INFORMATION ("CUSTOMER INFORMATION") TO OR WITH ALL
SUCH PERSONS AS WE MAY CONSIDER NECESSARY.  THIS INCLUDES BUT IS
NOT LIMITED TO ANY MEMBER OF THE HSBC GROUP AND/OR TO ANY SERVICE
PROVIDER (WHETHER SITUATED IN OR OUTSIDE SINGAPORE), UNDER
CONDITIONS OF CONFIDENTIALITY IMPOSED ON SUCH SERVICE PROVIDERS,
FOR THE PURPOSE OF DATA PROCESSING OR PROVIDING ANY SERVICE ON
BEHALF OF US TO YOU (INCLUDING THIRD PARTY SERVICE PROVIDERS,
SALES AND TELEMARKETING AGENCIES).

YOU AGREE AND ACKNOWLEDGE THAT OVERSEAS SERVICE PROVIDERS MAY BE
REQUIRED BY LAW TO DISCLOSE INFORMATION RECEIVED FROM US TO
THIRD PARTIES. SUCH CIRCUMSTANCES INCLUDE THE SERVICE PROVIDER
BEING COMPELLED TO DISCLOSE INFORMATION PURSUANT TO A COURT
ORDER, POLICE INVESTIGATIONS AND CRIMINAL PROSECUTIONS FOR TAX
EVASION OR OTHER OFFENCES".

THIS COMPUTER GENERATED ADVICE DOES NOT REQUIRE A BANK SIGNATURE.
DC REFERENCE NUMBER            27607EA003666   -00

The Hongkong and Shanghai Banking Corporation Limited
Trade Services Department
60B Orchard Road #03-18 The Atrium@Orchard, Tower 2
Singapore 238891  Swift: HSBCSGSG

*Incorporated in the Hong Kong SAR with limited liability*



PAGE    1

WAJILAM EXPORTS SINGAPORE PTE LTD                              02JUL2007
ROBINSON ROAD 63
AFRO ASIA BUILDING 05-20
SINGAPOE 068894

   USD TWENTY THOUSAND FOUR HUNDRED AND FIFTY FOUR .95 ONLY

DEAR SIRS,

IN ACCORDANCE WITH THE TERMS OF ARTICLE 7 (A) OF UCP500, WE
ADVISE HAVING RECEIVED THE FOLLOWING TELETRANSMISSION FROM
FROM STATE BANK OF INDIA
       (SWIFT ADDRESS : SBINSGSG)

```
27     SEQ OF TOTAL:                    1/1
40B    FORM OF DC:                      IRREVOCABLE
                                        WITHOUT OUR CONFIRMATION
20     OUR REF:                         27607EA003666
21     DC NO:                           6023907IM0000048
31C    DATE OF ISSUE:                   27JUN07
40E    APPLICABLE RULES:                UCP LATEST VERSION
31D    EXPIRY DATE AND PLACE:           25JUL07 SINGAPORE
52A    DC ISSUING BK:                   SSAUINBBGAD
51A    APPLICANT BK:                    SSAUINBBGAD
50     APPLICANT:                       LALSONS PLYBOARDS PVT LTD
                                        OFFICE NO 121 IST FLOOR
                                        MANI COMPLEX OPP MULTIPLEX
                                        GANDHIDHAM  INDIA 370201
59     BENEFICIARY:                     WAJILAM EXPORTS SINGAPORE PTE LTD
                                        ROBINSON ROAD 63
                                        AFRO ASIA BUILDING 05-20
                                        SINGAPOE 068894
32B    DC AMT:                          USD20454.95
41D    AVAILABLE WITH/BY:               ANY BANK IN SINGAPORE
                                        BY NEGOTIATION
42C    DRAFTS AT:                       120 DAYS FROM DATE OF NEGOTIATION
42A    DRAWEE:                          SSAUINBBGAD
43P    PARTIAL SHIPMENTS:               PERMITTED
43T    TRANSHIPMENT:                    NOT PERMITTED
44A    TAKE CHARGE/RECEIPT/DISP FM:
       ANY MALAYSIAN PORT
44E    LOADING PORT/DEPART AIRPORT:
```

                  ** TO BE CONTINUED IN NEXT PAGE **

The Hongkong and Shanghai Banking Corporation Limited
Trade Services Department
60B Orchard Road #03-18 The Atrium@Orchard, Tower 2
Singapore 238891  Swift: HSBCSGSG

*Incorporated in the Hong Kong SAR with limited liability*



PAGE    2

WAJILAM EXPORTS SINGAPORE PTE LTD                                02JUL2007

DOCUMENTARY CREDIT NO. : 27607EA003666

```
        ANY MALAYSIAN PORT
44F   DISCHARGE PORT/DEST AIRPORT:
        KANDLA INDIA
44B   FINAL DEST/DELIVERY/TRNSP TO:
        KANDLA INDIA
44C   LATEST DATE OF SHIPMENT:            05JUL07
45A   GOODS:
        SARAWAK  ROUND LOGS
        RESAK LG LOGS 136.3663 CBM
        MIX GRADE
        AS PER PROFORMA INV NO WE PBG 011C DATED 25 JUN 2007
46A   DOCUMENTS REQUIRED:
        1. SIGNED COMMERCIAL INVOICE FOR PRINCIPAL AMOUNT IN TRIPLICATE C
        ERTUFYING HAVING STRICTLY COMPLIED AS PER ABOVE
        2. CERTIFICATE OF MALAYSIAN ORIGIN IN DUPLIATE ISSUED BY CHAMBER
        OF COMMERCE OR MINISTRY OF TRADE AND INDUSTRIES
        3. COMPLETE SET OF SHIPPED ON BOARD OCEAN BILLS OF LADING TO OUR
        ORDER AND NOTIFY APPLICANTS. LASH OR SHORT FORM BL NOT ACCEPTABLE
        NUMBER OF NON-NEGOTIABLE COPIES REQUIRED IS THREE.BL SHOULD NEITH
        ER BE DATED PRIOR TO THIS CREDIT NOR AFTER THE VALIDITY OF SHIPME
        NT. FREIGHT PREPAID. COMPLETE SET OF BL SHOULD BE ORIGINALLY SIGN
        ED SHOPULD BE CLEAN CLEAR AND NOT BE CLAUSED OR QUALIFIED CONTAI
        N ANY COST OTHER THAN FREIGHT
        4. LLOYDS CERTIFICATE OR CERTIFICATE FROM ANY EQUIVALENT CLASSIFI
        CATION SOCIETY OR CERTIFICATE FROM SHIPPING COMPANY CONCERNED THA
        T THE CARRYING VESSEL IS SEAWORTHY AND NOT MORE THAN 24 YEARS OLD
        CLASSED 100-AI BY LLOYDS OR EQUIVALENT CLASSIFICATION SOCIETY
        5. MARINE INSURANCE CERTIFICATE POLICY DATED NOT LATER THAN BL TO
        ORDER AND BLANK ENDORSED FOR TEN PERCENT OVER INVOICE VALUE COVE
        RING INSTITUTE CARGO CLAUSE (A) - WAR CLAUSE AND STRIKE CLAUSE. A
        LL CARGO WAREHOUSE TO WAREHOUSE . CLAIMS PAYABLE IN INDIA IN THE
        CURRENCY OF CREDIT. TRANSSHIPMENT RISKS ALSO SHOULD BE COVERED.
        6. LOG LIST IN TRIPLICATE.
        7. PHYTOSANITARY CERTIFICATE IN TRIPLICATE.
47A   ADDITIONAL CONDITIONS:
        1. ALL DOCUMENTS SHOULD QUOTE THIS LC NUMBER AND SHOULD BE SUPERS
        CRIBED AS HAVING BEEN DRAWN UNDER THIS CREDIT.
        2. NEGOTIATION SHOULD BE WITHIN 15 DATS OF SHIPMENT HOWEVER WITHI
```

**  TO BE CONTINUED IN NEXT PAGE  **

The Hongkong and Shanghai Banking Corporation Limited
Trade Services Department
60B Orchard Road #03-18 The Atrium@Orchard, Tower 2
Singapore 238891   Swift: HSBCSGSG

*Incorporated in the Hong Kong SAR with limited liability*



PAGE    3

WAJILAM EXPORTS SINGAPORE PTE LTD                         02JUL2007

DOCUMENTARY CREDIT NO. : 27607EA003666

```
         N THE VALIDITY OF THIS CREDIT.
         3. INVOICE AND BL SHOULD QUOTE ' IMPORT INTO INDIA AS MADE UNDER
         FREE IMPORTABILITY AS PER IMPORT-EXPORT POLICY 2002-2007.
         4. BENEFICAIRY SHOULD SEND COMPLETE SET OF NON-NEGOTIABLE DOCUMEN
         TS TO APPLICANT IMMEDIATELY AFTER SHIPMENT FOR THEIR ADVANCE SCRU
         TINY AND ENCLOSE A CONFIRMATION TO THIS EFFECT WITH NEGOTIABLE SE
         T OF DOCUMENTS
         5.SHIPMENT DOCUMENTS PRODUCED BY REPROGRAPHIC SYSTEM OR CARBON CO
         PIES MARKED AS ORIGINAL NOT ACCEPTABLE EVEN IF APPEAR TO NAVE BEE
         N AUTHENTICATED.
         6. THIRD PARTY DOCUMENTS ACCEPTABLE EXCEPT INVOICE AND DRAFT
         7. CHARTER PARTY BL ACCEPTABLE
         8. LC NOT TO BE ADVISED THROUGH AMERICAN EXPRESS BANK
         9. LC UNRESTRICTED FOR NEGOTIATION
         10. ON DECK CARGO ACCEPTABLE PROVIDED COVERED BY INSURANCE
71B      DETAILS OF CHARGES:            ALL BANK CHARGES OUTSIDE INDIA ARE
                                        FOR ACCOUNT OF BENEFICIARY
48       PERIOD FOR PRESENTATION:       WITHIN 15 DAYS AFTER THE ADTE OF SH
                                        IPMENT BUT WITHIN THE VALIDITY OF T
                                        HE CREDIT
49       CONFIRMATION INSTRUCTIONS:     WITHOUT
78       INFO TO PRESENTING BK:
         UPON COMPLIANCE OF THE AFORESAID THE NEGOTIATING BANK TO COURIER
         COMPLETE SET OF CREDIT CONFORMING  DOCUMENTS TO US BY COURIER. RE
         IMBURSEMENT WILL BE PROVIDED BY SWIFT OR CABLE TRANSFER ON DUE DA
         TE AS PER THE INSTRUCTION OF THE NEGOTIATING BANK.
         UNDERTAKING WE UNDERTAKE WITH DRAWERS ENDORSERS AND BONAFIED HOLD
         ERS OF THE STRICT CREDIT CONFIRMING DOCUMENTS THAT SUCH DOCUMNETS
         WHEN PRESENTED THROUGH BANK WOULD BE DULY HONOURED IN ACCORDANCE
         WITH THE TERMS AND CONDITIONS OF THIS CREDIT.
         INSTRUCTION TO ADVISING BANK
         PLEASE ADVISE THE BENEFICIARY IMMEDIATELY AND CLAIM YOUR CHARGES
         IF ANY FROM THE BENEFICIARY.
57A      ADVISE THRU:                   HSBCSGSG
72       BK TO BK INFO:                 THIS CREDIT IS SUBJECT TO
                                        UCPDC (1993 REVISION) ICC PUBLICATI
                                        ON NO 500 READ ALONGWITH ICC DOCUME
                                        NT NO 470-822 REVISION OF
```

** TO BE CONTINUED IN NEXT PAGE **

The Hongkong and Shanghai Banking Corporation Limited
Trade Services Department
60B Orchard Road #03-18 The Atrium@Orchard, Tower 2
Singapore 238891   Swift: HSBCSGSG

*Incorporated in the Hong Kong SAR with limited liability*



PAGE    4

WAJILAM EXPORTS SINGAPORE PTE LTD                              02JUL2007

DOCUMENTARY CREDIT NO. : 27607EA003666

APRIL 6 1998
//SSAUINBBGAD

THIS ADVICE CONSTITUTES A DOCUMENTARY CREDIT ISSUED BY THE ABOVE
BANK AND SHOULD BE PRESENTED WITH THE DOCUMENTS/DRAFTS FOR
NEGOTIATION/PAYMENT/ACCEPTANCE, AS APPLICABLE.

236809-AUTO-000.01-00

** END OF DC **

Loh Ee Lin Michelle
023132

The Hongkong and Shanghai Banking Corporation Limited
Trade Services Department
60B Orchard Road #03-18 The Atrium@Orchard, Tower 2
Singapore 238891   Swift: HSBCSGSG

*Incorporated in the Hong Kong SAR with limited liability*

## BNP PARIBAS

20 Collyer Quay, Tung Centre, Singapore 049319
Tel: (65) 210 1288  Fax: (65) 6224 3459

| Name and Address Of Company | Date: 28.06.2007 |
|---|---|
| WAJILAM EXPORTS (SINGAPORE) PRIVATE LIMITED, 63 ROBINSON ROAD, NO. 05-20 AFRO ASIA BUILDING, SINGAPORE 068894 Tel No.: | To: **BNP Paribas Singapore** <br> We hereby deliver the attached documents in accordance with the following instruction and subject to the terms and conditions appearing overleaf. We further agree that any purchase or negotiation of a bill of exchange and/or of the documents whether under a Letter of Credit ("L/C") or not shall be with recourse to us except where the Bank has added its confirmation to the L/C in accordance with the L/C. |
| Drawee <br> LALSONS PLYBOARDS PVT LTD., OFFICE NO.121, 1ST FLOOR, MANI COMPLEX OPP. MULTIPLEX, GANDHIDHAM INDIA 370201 | ☐ Please handle this collection subject to the Uniform Rules for Collections, International Chamber of Commerce Publication currently in force. <br> ☐ Please handle this set of documents, drawn under Letter of Credit, subject to the Uniform Customs and Practice for Documentary Credits, International Chamber of Commerce Publication expressly stated to be applicable and as modified by the terms of the Letter of Credit. |

| Draft No./ Date | Tenor | Amount |
|---|---|---|
| 1409/2007   dtd 28.06.2007 | 120 DAYS FROM DATE OF NEGOTIATION | USD 20,454.95 |

Please mark number of DOCUMENTS ATTACHED       * Delete whichever is not applicable

| Draft | 2 | Packing List | 3 | PLEASE PRESENT DOCUMENTS TO:- |
|---|---|---|---|---|
| Invoice | 4 | Weight List | | |
| BL / AWB / DO Neg | | Certificate of Origin | 2 | STATE BANK OF SAURASHTRA |
| N/N BL / AWB/DO | | PHYTO | 3 | PLOT NO.256, SECTOR 12/B |
| Insurance Policy | 2 | | | 370201, GANDHIDHAM, INDIA |
| ~~Shipping Cert~~ | 3 | LC | 1 | |
| Cert. | 2 | | | |

| Letter of Credit No. / Date | Issuing Bank and Branch |
|---|---|
| Vessel Name / Airline: MV PACIFIC BANGGUANG | Port of Shipment: SARAWAK, MALAYSIA PORT | Shipment Date | BL / AWB/ DO No.: PB/KDL-15 |
| Port of Discharge: KANDLA PORT, INDIA | Final Destination: INDIA | Goods | SARAWAK ROUND LOGS |

**FOR BILLS OF EXCHANGE/DOCUMENTS NOT UNDER L/C, PLEASE FOLLOW INSTRUCTIONS MARKED X**

☐ 1. Payment/Acceptance may be deferred until arrival of carrying vessel
☐ 2. Documents to be delivered against                    ☐ Acceptance   ☐ Payment
☐ 3. Protest for / Do not protest for                      ☐ Non-Acceptance  ☐ Non-Payment
☐ 4. In the case of dishonour please arrange for storage and insurance of goods at our expense
☐ 5. All charges including yours are account of        ☐ Drawers /  ☐ Drawees       ☐ Charges Cannot Be Waived
☐ 6. Collect interest at ........ % p.a. from .......... to ..........    ☐ Interest Cannot Be Waived
☐ 7. Non-Payment/Non-Acceptance to be advised by        ☐ Telex / Swift   ☐ Airmail
☐ 8. Payment/Acceptance to be advised by             ☐ Telex / Swift   ☐ Airmail
☐ 9. The collecting bank to remit proceeds by         ☐ Telex / Swift   ☐ Airmail
☐ 10. The receiving bank to advise you upon receipt of proceeds by  ☐ Telex / Swift   ☐ Airmail
☐ 11. In case of need please refer to: ...............
        ☐ Who will assist in collecting ☐ payment / ☐ acceptance of draft / documents without alteration of any of our instructions
        ☐ Whose instructions you are authorised to follow

**DISPOSAL OF PROCEEDS:**
☐ [Collection] Upon receipt of proceeds, credit to our a/c no. ..................
☐ Upon maturity/sight, please credit proceeds less your applicable charges to our account no. ..................
☐ Please Purchase / Negotiate the bill of exchange and/or documents with / without recourse to us, and effect payment less your applicable charges to our account no. ..................
☐ Please use Exchange Rate / Forward Contract No. ..................

**DISCREPANT DOCUMENTS**
☐ Please forward to issuing bank for acceptance/payment
   Special instructions: ..................

BNPP-TS 4 JUL '07 13:35

**SPECIAL INSTRUCTIONS:**
Special instruction:- Pls dispatch the documents by courier service under one acceptance unde the lc.Do not scrutinize the documents.Pls also request the lc opening bank as follows "In your swift instruction (MT202) quote ONLY our full bill ref no. in field 21. Pls DONOT mention name/add of the L/C beneficiary anywhere to prevent mis direction of payment.

**W E HAVE READ THE CONDITIONS OVERLEAF AND AGREE TO ABIDE BY THEM**

| Please purchase this bill of exchange/documents against our facilities and under our full responsibility and pay the proceeds to : M/s <br><br> .................................................. <br><br> .................................................. <br><br> Authorised Signature (Guarantor) <br> (To be completed if bill of exchange / documents are to be purchased under the liability of another client). | Yours faithfully <br><br> WAJILAM EXPORTS (SINGAPORE) PRIVATE LIMITED <br><br> S.T. Mehta <br> .................................................. Director <br><br> Authorised Signature (Drawer) |

BNPP\EXPORTAPPLNFORM\JUL07



**BNP PARIBAS**

SINGAPORE
Trade Services Center
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1288 Fax: (65) 6224 3459
Telex: Nabapar RS 24315 / RS 23424
Swift: BNPASGSG



Cert. No. Q16884   ICSAQU453/00

Page 1 of 2   Date 04/07/2007

**Covering Schedule – Export Bills**

| | |
|---|---|
| Our reference | 00001ECG0710152 |
| LC Number | 6023907IM0000048 |
| Amount | USD  20,454.95 |
| Tenor | 120 days FM DT OF NEGOTIATIN (DUE: 1NOV07) |

CUSTOMER

Issuing Bank / Collecting Bank
STATE BANK OF SAURASHTRA
PLOT NO. 256, SECTOR 12/B
370201 GANDHIDHAM,
INDIA

Drawee / Applicant        LALSONS PLYBOARDS PVT LTD
Bill Amount               USD              20,454.95

Total Amount Claimed      USD              20,454.95

We enclose the following documents which please handle in accordance with the instructions below.

| Document | Count |
|---|---|
| BILLS OF LADING | 3 |
| CERT | 2 |
| CERT. OF ORIGIN | 2 |
| DRAFT | 2 |
| INSURANCE POLICY | 2 |
| INVOICE | 4 |
| N/N B/L | 6 |
| PACKING LIST | 3 |
| PHYTO | 3 |
| SHIPPING CERT | 3 |

Remaining documents if any, are enclosed in the 2nd mail

Shipment details
Shipped by     : SEA
Shipped from   : SARAWAK, MALAYSIA PORT
Shipped to     : KANDLA PORT, INDIA

Description of goods
SARAWAK ROUND LOGS

Drawer / Presenter
WAJILAM EXPORTS (SINGAPORE) PRIVATE
LIMITED
LETTER BOX NO 5
SINGAPORE

Ref:1409/2007

Continued Next Page...

This is a computer generated form and no signature is required.



**BNP PARIBAS**

**SINGAPORE**
Trade Services Center
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1288 Fax: (65) 6224 3459
Telex: Nabapar RS 24315 / RS 23424
Swift: BNPASGSG



**Covering Schedule – Export Bills**

Our reference
00001ECG0710152

CUSTOMER

Page  2  of  2    Date  04/07/2007

Instruction(s)
We have endorsed the utilised amount on the original Letter
of Credit. Kindly acknowledge receipt.
This utilisation is subject to UCP 500.
Please advise acceptance and confirm maturity date
as soon as possible by tested telex/swift.

REIMBURSEMENT INSTRUCTION:
Upon maturity, please effect payment to our A/C no:
2000191144462
with Wachovia Bank NA, New York quoting our ref. under your
authenticated SWIFT advice to us.
in your swift instructions (MT202) quote ONLY our full bill ref
no in field 21. Please DO NOT mention name/add of the L/C
beneficiary anywhere to prevent mis direction of payment.

**BNP PARIBAS**
**Singapore**

This is a computer generated form and no signature is required.



**BNP PARIBAS**

**SINGAPORE**
**Trade Services Center**
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1288 Fax: (65) 6224 3459
Telex Nabapar RS 24315 / RS 23424
Swift: BNPASGSG



Cert. No. Q16884   ICSAQU453/00

**Credit Advice**

R188

Our reference
00001ENH0710152

ORIGINAL

Mv Pacific Banggurng

Laisons Plyboard

Page   1   of   1    Date   12/07/2007

> Mail to <
WAJILAM EXPORTS (SINGAPORE) PRIVATE
LIMITED
LETTER BOX NO 5

SINGAPORE

Transit interest (less amount collected in advance if any) will be charged until date of payment.

| Your Reference | Related Reference | | |
|---|---|---|---|
| 1409/2007 | 6023907IM000004 | | |
| Amount<br>USD  20,454.95 | Outstanding Amount<br>USD  20,454.95 | | |
| USD              20,454.95 | | CR USD | 20,454.95 |
| Interest : | | | |
| Principal Amount: USD  20,454.95 | | | |
| 12/07/2007-01/11/2007    6.38927% p.a.  USD              406.60 | | | |
| Total Interest: | | DR USD | 406.60 |

| Account No. | Value Date | Net Amount | |
|---|---|---|---|
| 000500022500193USD | 12/07/2007 | CR USD | 20,048.35 |

This is a computer generated form and no signature is required.

10/07/07-20:45:34        HKBNPPTSin-8433-205652           7

```
--------------------- Instance Type and Transmission --------------
Copy received from SWIFT
Priority            : Normal
Message Output Reference : 2040 070710BNPASGSGAXXX6008066635
Correspondent Input Reference : 1809 070710SSAUINBBAXXX4563112268
-------------------------- Message Header ------------------------
Swift Output  : FIN 754 Adv of Paymt/Acceptance/Nego
Sender      : SSAUINBBXXX
            STATE BANK OF SAURASHTRA
            MUMBAI IN
Receiver    : BNPASGSGXXX
            BNP PARIBAS - SINGAPORE BRANCH
            SINGAPORE SG
MUR : SSAUINBBGAD03281
-------------------------- Message Text --------------------------
 20: Sender's Reference
    6023907IM0000048
 21: Related Reference
    00001ECG0710152
 32A: Principal Amt Paid/Accepted/Negd
    Date        : 01 November 2007
    Currency    : USD (US DOLLAR)
    Amount      :        #20,454.95#
 72: Sender to Receiver Information
    THE ABOVE DOC HAVE BEEN ACCEPTED FO
    R PAYMENT ON THE ABOVE MENTIONED DU
    E DATE
    //SSAUINBBGAD
-------------------------- Message Trailer -----------------------
{MAC:F3D6A309}
{CHK:A23DD09FA450}
```