# STATE BANK OF INDIA

SINGAPORE BRANCH
6 SHENTON WAY #22-08, DBS BUILDING (TOWER TWO),
SINGAPORE 068809.

GEN. TELEX: RS 23184 AB SBISING
FX. TELEX: RS 25043 AB: SBIFEX
TEL: 6222 2033 (10 lines)
SWIFT: SBINSGSG
CABLE THISTLE
FAX: 6225 3348

DATE. 02-07-2007

TO:
WAJILAM EXPORTS SINGAPORE PVT LTD
63, ROBINSON ROAD, 05-20 AFRO ASIA
BUILDING SINGAPORE 068894

BY FAX & POST

OUR REF: 27607EA003709
DEAR SIRS;

03 JUL 2007

ADVICE OF LETTER OF CREDIT

WE ARE PLEASED TO ADVISE YOU THE RECEIPT OF THE FOLLOWING LETTER
OF CREDIT.

ISSUING BANK :   STATE BANK OF INDIA
                 SBI SP COMM BRANCH
                 SPECIAL COMMERCIAL BRANCH
                 KARNAL
                 INDIA
APPLICANT    :   SWASTIK TIMBER STORE

AMOUNT       :   USD 36,462.24
LC NO        :   0404707IM0000125
BENEFICIARY  :   WAJILAM EXPORTS SINGAPORE PVT LTD

*(handwritten: Inv # 1408 Swash'k Timber Store)*

THIS IS A SWIFT ADVICE OF L/C.

WE HAVE PLEASURE IN STATING THAT WE ARE PREPARED, AT OUR OPTION,
TO NEGOTIATE BILLS DRAWN IN STRICT COMPLIANCE WITH THE TERMS OF
THIS CREDIT, BUT THIS ADVICE CARRIES NO UNDERTAKING ON THE PART
OF THIS BRANCH.

PLEASE EXAMINE THE CREDIT CAREFULLY AND IF YOU ARE UNABLE TO
COMPLY STRICTLY WITH ITS TERMS AND CONDITIONS, PLEASE
IMMEDIATELY ARRANGE FOR SUITABLE AMENDMENTS TO AVOID POSSIBLE
DIFFICULTIES AND DELAYS AT THE TIME OF NEGOTIATION AS OUR
MANDATE EXTENDS ONLY TO STRICT COMPLIANCE OF CREDIT

*(stamp: PAID 03 JUL 2007)*

MAY PLEASE NOTE TO PAY OUR ADVISING CHARGES OF SGD 75.00
AT THE TIME OF COLLECTION

KINDLY ARRANGE TO COLLECT THE L/C BY PRESENTING THIS FAX MESSAGE
DULY ENDORSED BY YOUR COMPANY'S STAMP.

YOURS FAITHFULLY

AUTHORISED SIGNATORY

THIS ADVICE IS SUBJECT TO APPLICABLE PUBLICATION OF UNIFORM CUSTOMS AND
PRACTICES OF DOCUMENTARY CREDITS INDICATED IN THE LETTER OF CREDIT.

```
**************************** Incoming Messages ****************************
                            ******* ORIGINAL *******     Runtime : 29-Jun-2007
ESSAGE NUMBER  : 20798
REATED DATE    : 29-06-2007
ECIEVER BIC    : SBINSGSGXXX
ENDER BIC      : SBININBBFXD
                 STATE BANK OF INDIA, SBI, FOREIGN DEPT
                 FOREIGN DEPARTMENT
                 KOLKATA INDIA


                 India
ESSAGE TYPE    : MT700
ETWORK STATUS  : INCOMING MESSAGE
ESSAGE STATUS  : Purge

1:F01SBINSGSGAXXX0562624666}
2:07001936070629SBININBBAFXD973298180707062922206N}
RIORITY        : NORMAL
3:{08:SBININBB18709122}}
ESSAGE IDENTIFIER :    SBININBB18709122
---------------------------- Message Text ----------------------------
       Sequence of Total
       1/1
:      Form of Documentary Credit
       IRREVOCABLE
       Documentary Credit Number
       0404707IM0000125
:      Date of Issue
       070628
:      Applicable Rules
       UCP LATEST VERSION
:      Date and Place of Expiry
       070726ISSUING BANK
:      Applicant Bank
       STATE BANK OF INDIA
       SCB KARNAL
       AMBEDKAR CHOWK PO BOX 111
       KARNAL
       Applicant
       SWASTIK TIMBER STORE
```

```
KARNAL
KARNAL
    Beneficiary
WAJILAM EXPORTS SINGAPORE PVT LTD
83, ROBINSON ROAD, 05-20 AFRO ASIA
BUILDING SINGAPORE 068894
    Currency Code, Amount
Currency : USD
Amount   : #36462.24#
    Percentage Credit Amount Tolerance
00/00
    Available With ... By ...
STATE BANK OF INDIA
6 SHENTON WAY,  22-08
DBS BUILDING TOWER TWO.
SINGAPORE 068809.
BY NEGOTIATION
    Drafts at ...
90 DAYS FROM DATE OF NEGOTATION
    Drawee
STATE BANK OF INDIA
SP.COMMERCIAL BRANCH KARNAL
    Partial Shipments
ALLOWED
    Transhipment
ALLOWED
    Place of Taking in Charge/Dispatch from.../Place of Receipt
MALAYSIAN PORT
    Port of Loading/Airport of Departure
MALAYSIAN PORT
    Port of Discharge/Airport of Destination
KANDLA SEA PORT
    Place of Final Destination/For Transportationto.../Place of Delivery
KANDLA SEA PORT
    Latest Date of Shipment
070705
    Description of Goods and/or Services
220.9833 CBM MERANTI LG
INCOTERMS:   CIF
CONTRACT  DETAILS :
WE/PBG/010-C
    Documents Required
1. COMPLETE SET OF 3/3 CLEAN SHIPPED BILL OF LADING MADE OUT IN
THE NAME OF STATE BANK OF INDIA SPL COMMERCIAL BRANCH KARNAL AND
MARKED FREIGHT PAID. BILL OF LADING MUST INDICATE THE NAME AND
ADDRESS OF THE IMPORTER  SHOWING LETTER OF CREDIT NO
040470IM0000125
2. BENEFICIARY DECLARATION THAT A SHIPPING ADVICE STATING THE
QUANTITY OF GOODS SHIPPED VALUE OF GOODS DATE OF SHIPMENT AND
NAME OF THE CARRYING VESSEL WAS SENT TO THE APPLICANT BY
CABLE/AIRMAIL IMMEDIATELY AFTER THE SHIPMENT TOGETHER WITH A COPY
OF THE RELATIVE MESSAGE.
3. SIGNED INVOICES IN 4 COPIES.
4. CERTIFICATE SHOWING GOODS OF ORIGIN FROM CHAMBER OF COMMERCE.
5. SHIPMENT BY SEA WORTHY VESSELS CLASSED 100 AI BY LLYODS OR
EQUIVALENT CLASSIFICATION SOCIETY AND APPROVED BY GENERAL
INSURANCE CORP.OF INDIA.
6. PACKING LIST IN 4 COPIES.
7. BENEFICIARY CERTIFICATE THAT ONE FULL SET OF NON NEGOTIABLE
DOCUMENTS HAS ALREADY BEEN AIR MAILED IN ADVANCE TO THE OPENERS
IMMEDIATELY AFTER THE SHIPMENT SHOULD ALSO BE ENCLOSED WITH THE
DOCUMENTS.
8. SHIPPING COMPANY CERTIFICATE THAT THE CARRYING VESSEL IS A
REGULAR LINE VESSEL.
    Additional Conditions
```

*[Stamp:]* This Letter of Credit is advised under our cover letter ref: 27607EA00 27·08

*[Authorised Signature(s)]*

UNDER NON NEGATIVE LIST OF IMPORT EXPORT POLICY AM 200-2007.
2 DISCREPENT DOCUMENTS TO BE SENT STRICTLY ON COLLECTION BASIS.
3. INVOICE AMOUNT NOT EXCEED THE DRAFT AMOUNT.
4. THIRD PARTY BILL OF LADING NOT ACCEPTABLE.
5. ALL CHARGES OUTSIDE INDIA ON A/C OF BENEFICIARY.
6. PRE PAYMENT AND PART PAYMENT ALLOWED AT 6.75 PERCENT P A LESS ON INVOICE AMOUNT AND IT DOES NOT REQUIRE PRIOR PERMISSION OF NEGOTIATION BANK AS WELL AS BENEFICIARY.
  Charges
ALL YOUR BANKING CHARGES ARE FOR
THE BENEFICIARY'S ACCOUNT
 Period for Presentation
21 FROM THE B/L DATE
21 DAYS FROM THE DATE OF B/L
 Confirmation Instructions
WITHOUT
 Instructions to the Paying/Accepting/Negotiating Bank
DOCS TO BE FORWARDED BY COURRIER TO STATE BANK OF INDIA 04047 AMBEDKER CHOWK KARNAL HARYANA INDIA. ON RECEIPT OF DOCS IN CONFIRMITY WITH THE TERMS OF L/C WE SHALL PAY AS PER NEGOTIATING BANK INSTRUCTIONS.
 Sender to Receiver Information
/TELEBEN/
//THIS SW  MSG IS SUB TO UCPDC(REV
//1993)ICC BROCHURE 500 AND
//UNIFORM RULES FOR BK TO BK
//REIMB.UNDER DOC.CREDITS ICC
//SBININBB187
-}
5:{CHK:82E7BB631339}{MAC:00000000}}
------------------------------- End Of Message -------------------------------



**BNP PARIBAS**

20 Collyer Quay, Tung Centre, Singapore 049319
Tel: (65) 210 1288  Fax: (65) 6224 3459

| Name and Address Of Company | Date: 03.07.2007 |
|---|---|
| WAJILAM EXPORTS (SINGAPORE) PRIVATE LIMITED, 63 ROBINSON ROAD, NO. 05-20 AFRO ASIA BUILDING, SINGAPORE 068894 Tel No.: | To: **BNP Paribas Singapore** We hereby deliver the attached documents in accordance with the following instruction and subject to the terms and conditions appearing overleaf. We further agree that any purchase or negotiation of a bill of exchange and/or of the documents whether under a Letter of Credit ("L/C") or not shall be with recourse to us except where the Bank has added its confirmation to the L/C in accordance with the L/C. |
| Drawee SWASTIK TIMBER STORE, TIMBER MARKET, IMAM BARA, RAILWAY ROAD, KARNAL | ☐ Please handle this collection subject to the Uniform Rules for Collections, International Chamber of Commerce Publication currently in force. ☐ Please handle this set of documents, drawn under Letter of Credit, subject to the Uniform Customs and Practice for Documentary Credits, International Chamber of Commerce Publication expressly stated to be applicable and as modified by the terms of the Letter of Credit. |

| Draft No./ Date | Tenor | Amount |
|---|---|---|
| 1408/2007  dtd 03.07.2007 | 90 DAYS FROM DATE OF NEGOTIATION | USD 36,462.24 |

Please mark number of DOCUMENTS ATTACHED    * Delete whichever is not applicable

| Draft | 2 | Packing List | 4 | PLEASE PRESENT DOCUMENTS TO:- |
|---|---|---|---|---|
| Invoice | 4 | Weight List | | |
| BL / AWB / DO Neg | 3(3) | Certificate of Origin | 2 | STATE BANK OF INDIA |
| N/N BL / AWB/ DO | | L C | | SP. COMMERCIAL BRANCH |
| Insurance Policy | 2 | BEN DEC | 2 | -KANDLA |
| Shipping Cert | 3 | | | |
| Cert. BEN | 2 | | | |

| Letter of Credit No. / Date | Issuing Bank and Branch |
|---|---|
| Vessel Name / Airline MV PACIFIC BANGGUANG | Port of Shipment SARAWAK, MALAYSIA | Shipment Date PORT | BL / AWB/ DO No.: PB/KDL-14 |
| Port of Discharge KANDLA PORT, INDIA | Final Destination INDIA | Goods SARAWAK ROUND LOGS | |

**FOR BILLS OF EXCHANGE/DOCUMENTS NOT UNDER L/C, PLEASE FOLLOW INSTRUCTIONS MARKED X**

☐ 1. Payment/Acceptance may be deferred until arrival of carrying vessel
☐ 2. Documents to be delivered against               ☐ Acceptance      ☐ Payment
☐ 3. Protest for / Do not protest for                 ☐ Non-Acceptance  ☐ Non-Payment
☐ 4. In the case of dishonour please arrange for storage and insurance of goods at our expense
☐ 5. All charges including yours are account of    ☐ Drawers /   ☐ Drawees       ☐ Charges Cannot Be Waived
☐ 6. Collect interest at ......... % p.a. from ............... to ............  ☐ Interest Cannot Be Waived
☐ 7. Non-Payment/Non-Acceptance to be advised by        ☐ Telex / Swift    ☐ Airmail
☐ 8. Payment/Acceptance to be advised by                ☐ Telex / Swift    ☐ Airmail
☐ 9. The collecting bank to remit proceeds by           ☐ Telex / Swift    ☐ Airmail
☐ 10. The receiving bank to advise you upon receipt of proceeds by  ☐ Telex / Swift    ☐ Airmail
☐ 11. In case of need please refer to: ......................................................
       ☐ Who will assist in collecting ☐ payment / ☐ acceptance of draft / documents without alteration of any of our instructions
       ☐ Whose instructions you are authorised to follow

**DISPOSAL OF PROCEEDS:**
☐ [Collection] Upon receipt of proceeds, credit to our a/c no. .............................
☐ Upon maturity/sight, please credit proceeds less your applicable charges to our account no. ........................
☐ Please Purchase / Negotiate the bill of exchange and/or documents with / without recourse to us, and effect payment less your applicable charges to our account no. ....................
☐ Please use Exchange Rate / Forward Contract No. .........................

**BNPP-TS 3 JUL'07 15:11**

**DISCREPANT DOCUMENTS**
☐ Please forward to issuing bank for acceptance/payment
☐ Special instructions: .................................................................

**SPECIAL INSTRUCTIONS:-**
Special instruction:- Pls dispatch the documents by courier service under one acceptance unde the lc.Do not scrutinize the documents.Pls also request the lc opening bank as follows "In your swift instruction (MT202) quote ONLY our full bill ref no. in field 21. Pls DONOT mention name/add of the L/C beneficiary anywhere to prevent mis direction of payment.

**W E HAVE READ THE CONDITIONS OVERLEAF AND AGREE TO ABIDE BY THEM**

| Please purchase this bill of exchange/documents against our facilities and under our full responsibility and pay the proceeds to : M/s | Yours faithfully WAJILAM EXPORTS (SINGAPORE) PRIVATE LIMITED S.T. Mehta Director |
|---|---|



**BNP PARIBAS**

**SINGAPORE**
Trade Services Center
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1288 Fax: (65) 6224 3459
Telex: Nabapar RS 24315 / RS 23424
Swift: BNPASGSG





Cert. No. Q16884    ICSAQU453/00

| | | | |
|---|---|---|---|
| | | **Covering Schedule – Export Bills** | |
| | | Our reference | |
| | | 00001ECG0710042 | |
| | | LC Number | |
| | | 0404707IM0000125 | |
| | | Amount | |
| | | USD 36,462.24 | |
| | | Tenor | |
| | | 90 days FROM NEGO DATE (DUE 2 OCT 2007) | |

Page 1 of 2    Date: 04/07/2007

Issuing Bank / Collecting Bank
STATE BANK OF INDIA
04047 AMBEDKER CHOWK KARNAL
HARYANA
INDIA

Drawee / Applicant            SWASTIK TIMBER STORE
Bill Amount                   USD                36,462.24

Total Amount Claimed          USD                36,462.24

We enclose the following documents which please handle in accordance with the instructions below.

BEN DEC                       : 2
BENEFICIARY'S CERT            : 2
BILLS OF LADING               : 3/3
CERT. OF ORIGIN               : 2
DRAFT                         : 2
INSURANCE POLICY              : 2
INVOICE                       : 4
PACKING LIST                  : 4
SHIPPING CERT                 : 3

Remaining documents if any, are enclosed in the 2nd mail

Shipment details
Shipped by                    : SEA
Shipped from                  : SARAWAK
Shipped to                    : KANDLA

Description of goods
SARAWAK ROUND LOGS

Drawer / Presenter
WAJILAM EXPORTS (SINGAPORE) PRIVATE
LIMITED
LETTER BOX NO 5
SINGAPORE

Continued Next Page

**BNP PARIBAS**

SINGAPORE
Trade Services Center
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1286 Fax: (65) 6224 3459
Telex: Nabspar RS 24315 / RS 23424
Swift: BNPASGSG

  

Cert. No. Q10884    ICSAQU453/00

**Covering Schedule – Export Bills**

Our reference: 00001ECG0710042

Page   2   of   2   Date   04/07/2007

Instruction(s)
We have endorsed the utilised amount on the original Letter of
Credit. Kindly acknowledge receipt.
This utilisation is subject to UCP 500.
Please advise acceptance and confirm maturity date as soon as
possible by tested telex/swift.

REIMBURSEMENT INSTRUCTION:
Upon maturity please effect payment to our account no.
2000191144462 with Wachovia Bank NA, New York quoting
our ref. under your authenticated SWIFT advice to us.
in your swift instructions (MT202) quote ONLY our full bill ref
no in field 21. Please DO NOT mention name/add of the L/C
beneficiary anywhere to prevent mis direction of payment.

**BNP PARIBAS**
**Singapore**

   

**BNP PARIBAS**

**SINGAPORE**
Trade Services Center
20 Collyer Quay, Tung Centre
Singapore 049319
Tel: (65) 6210 1288 Fax (65) 6224 3459
Telex: Nabapar RS 24315 / RS 23424
Swift: BNPASGSG

**Credit Advice**

Our reference
00001EPG0710042

Page    1   of   1    Date    04/07/2007

Mail to
WAJILAM EXPORTS (SINGAPORE) PRIVATE
LIMITED
LETTER BOX NO 5

SINGAPORE

We have purchased this bill subject to final payment and have effected the following entry(ies) in your account for the transaction as detailed below.

| Your Reference | Related Reference |
|---|---|
| 1408/2007 | 04047071M000012 |

| Amount | Outstanding Amount |
|---|---|
| USD   36,462.24 | USD   36,462.24 |

| USD | 36,462.24 | CR USD | 36,462.24 |

Charges :

| COMMISSION IN LIEU OF EXCHANGE | USD | 50.00 |
| NEGO COMM ON LC EXPORT BILL | USD | 50.00 |
| RECOVERY OF COURIER CHRGS | USD | 29.00 |

Total Charges:                                                    DR USD              129.00

Interest :

Principal Amount: USD  36,462.24

04/07/2007-02/10/2007    6.36286% p.a.   USD              580.01

Total Interest:                                                   DR USD              580.01

| Account No. | Value Date | Net Amount |

```
09/07/07-08:15:27      HKBNPPTSin-8322-204175          51
```

--------------------- Instance Type and Transmission --------------
Copy received from SWIFT
Priority         : Normal
Message Output Reference : 0807 070709BNPASGSGAXXX6007064472
Correspondent Input Reference : 1444 070707SBININBBAFXD9739000072
-------------------------- Message Header ------------------------
Swift Output : FIN 754 Adv of Paymt/Acceptance/Nego
Sender       : SBININBBFXD
               STATE BANK OF INDIA
               (FOREIGN DEPARTMENT)
               KOLKATA (CALCUTTA) IN
Receiver     : BNPASGSGXXX
               BNP PARIBAS - SINGAPORE BRANCH
               SINGAPORE SG
MUR : SBININBB18709161
-------------------------- Message Text --------------------------
 20: Sender's Reference
    0404707IM0000125
 21: Related Reference
    00001ECG0710042
32A: Principal Amt Paid/Accepted/Negd
    Date       : 01 October 2007
    Currency   : USD (US DOLLAR)
    Amount     :        #36,462.24#
77A: Narrative
    DOCUMENTS ACCEPTED WITH MATURITY
    DATE 01 OCT 2007. AT MATURITY WE
    WILL REMIT PROCEEDS AS PER YOUR
    INSTRUCTIONS.
    .
    //SBININBB187
-------------------------- Message Trailer -----------------------
{MAC:2B8A9332}
{CHK:FA4B1F04C0F0}
{DLM:}