Cardillo & Corbett
Attorneys for Claimant
BNP Paribas of Singapore
29 Broadway
New York, New York 10006
212-344-0464
212-797-1212 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BELARUSSIAN SHIPPING CO.,

          Plaintiff,

  -against-

WAJILAM EXPORTS SINGAPORE PRIVATE
LIMITED a/k/a WAJILAM EXPORTS PTE.,
LTD.,

          Defendant.
------------------------------------------------------------X

07 Civ. 3152 (GEL)

ECF CASE

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for claimant BNP Paribas of Singapore, a publically held corporation ("Claimant"), certifies that there is no parent corporation or publically held corporation that owns 10% or more of Claimant's stock.

Dated: New York, New York
       February 5, 2008

                                  Cardillo & Corbett

                                  BY_____
                                      Francis H. McNamara (4649)