UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BELARUSSIAN SHIPPING CO.,

        Plaintiff,

  -against-

WAJILAM EXPORTS SINGAPORE PRIVATE
LIMITED a/k/a WAJILAM EXPORTS PTE.
LTD.,

        Defendant.

------------------------------------------------------------x



07 Civ. 3152 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    For the reasons stated on the record in open court before the parties on February 8, 2008, it is hereby ORDERED that:

1.   BNP Paribas of Singapore's motion for release of funds attached by Belarussian Shipping is granted, because the funds are the property of BNP Paribas, not of Wajilam Exports.

2.   BNP Paribas's motion to modify the ex parte order attaching property of defendant Wajilam Exports pursuant to Rule B of the Supplementary Admiralty Rules is denied.

3.   BNP Paribas's motion for attorneys' fees and costs is denied.

SO ORDERED.

Dated: New York, New York
       February 8, 2008

                                                      _____
                                                        GERARD E. LYNCH
                                                United States District Judge